# U.S. District Court

## Nevada None - Las Vegas

Receipt Date: Jan 5, 2023 3:20PM

American Legal Investigation Services Nevada, Inc.

Rcpt. No: 200002050        Trans. Date: Jan 5, 2023 3:20PM        Cashier ID: #JC

| CD  | Purpose                 | Case/Party/Defendant | Qty | Price | Amt   |
|-----|-------------------------|----------------------|-----|-------|-------|
| 205 | Miscellaneous Filing Fees |                    | 1   | 49.00 | 49.00 |

| CD | Tender |        |           | Amt    |
|----|--------|--------|-----------|--------|
| CH | Check  | #4201  | 01/5/2023 | $49.00 |

Total Due Prior to Payment: $49.00

Total Tendered: $49.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: 2:23-cv-00010-APG-NJK

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.