```
JOHN D. TENNERT III (NSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

(California Attorneys will comply with LR IA 11-2 within 14 days)

Attorneys for Plaintiff
YUGA LABS, INC.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>          Defendants. | Case No.: 2:23-cv-00010-APG-NJK<br><br>**[USDC, Central District of California Civil Case No. 2:22-cv-4355-JFW-JEM]**<br><br>**YUGA LABS, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

Pursuant to Local Rule 7.1-1(b), Defendant Yuga Labs, Inc., by and through undersigned counsel, hereby certifies that, to its knowledge, no persons or entities have an interest in the

---

Yuga Labs' Certificate of Interested Parties          1          Case No.: _____

1 | outcome of this case other than the named parties participating in the case.

2 | Dated: January 6, 2023                              FENNEMORE CRAIG P.C.

By: _____*/s/ John D. Tennert III*_____
         JOHN D. TENNERT III (NSB 11728)

and

FENWICK & WEST LLP

ERIC BALL (CSB No. 241327)
KIMBERLY CULP (CSB No. 238839)
ANTHONY M. FARES (CSB No. 318065)
ETHAN M. THOMAS (CSB No. 338062)
(Will comply with LR IA 11-2 within 14 days)

*Attorneys for Plaintiff Yuga Labs, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I served a true and correct copy of the following documents via email and U.S. mail:

- YUGA LABS, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1

addressed as follows:

**Derek A. Gosma**
**Henry Michael Nikogosyan**
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, CA 90071
213-443-5308
Fax: 213-443-5400
Email: derek.gosma@wilmerhale.com
Henry.Nikogosyan@wilmerhale.com
*Attorneys for Defendants*

**Louis W. Tompros**
**Monica Grewal**
**Scott W. Bertulli**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6886
Fax: 617-526-5000
Email: louis.tompros@wilmerhale.com
monica.grewal@wilmerhale.com
scott.bertulli@wilmerhale.com
*Attorneys for Defendants*

Served via email and U.S. mail addressed as follows:

**Ryan Hickman**
260 Sidewheeler Street
Henderson, NV 89012
Email: kingsrborn@gmail.com

                    */s/ Susan Whitehouse*
                    An Employee of Fennemore Craig, P.C.