JOHN D. TENNERT III (NSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV  89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

(California Attorneys will comply with LR IA 11-2 within 14 days)

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS and JEREMY CAHEN, <br><br> Defendants. | Case No.: 2:23-cv-00010-APG-NJK <br><br> **[USDC, Central District of California Civil Case No. 2:22-cv-4355-JFW-JEM]** <br><br> **(PROPOSED) ORDER GRANTING YUGA LABS, INC.'S MOTION TO COMPEL NON-PARTY RYAN HICKMAN'S COMPLIANCE WITH SUBPOENA** <br><br> ORAL ARGUMENT REQUESTED |

**[PROPOSED] ORDER**

Before this Court is Yuga Labs, Inc.'s Motion to Compel Non-Party Ryan Hickman's Compliance with Subpoena. Having considered the Motion, as well as supporting documents filed therewith, the Court finds good cause to compel Ryan Hickman to comply with Yuga Labs' November Subpoena.

Accordingly, the Court GRANTS Yuga Labs' Motion as follows:

1. Within ten (10) days of entry of this Order, Ryan Hickman shall conduct a reasonable search for and produce in their native format to extent such documents exist (or represent that none exist):

    a. Discord communications from January 2022 to present related to RR/BAYC NFTs (which includes Ape Market), BAYC NFTs, and/or Yuga Labs, including but not limited to the private channel with Thomas Lehman ("Lehman") and the private channel with Defendant Cahen ("Cahen");

    b. Email communications from January 2022 to present related to RR/BAYC NFTs (which includes Ape Market), BAYC NFTs, and/or Yuga Labs, including but not limited to emails from Defendant Ripps ("Ripps"), Lehman, and OpenSea;

    c. Non-public Twitter communications from January 2022 to present related to RR/BAYC NFTs (which includes Ape Market), BAYC NFTs, and/or Yuga Labs, including but not limited to private Twitter direct messages with Cahen, Ripps, Lehman, and third parties;

    d. Text or SMS communications from January 2022 to present related to RR/BAYC NFTs (which includes Ape Market), BAYC NFTs, and/or Yuga Labs, including but not limited to text messages with Lehman, text messages with Ripps from August 2022, and text messages with Cahen concerning this Litigation;

    e. Documents concerning RR/BAYC NFTs (which includes Ape

Market), BAYC NFTs, and/or Yuga Labs, including but not limited to those stored on Google Drive and any promotional and/or design materials for Ape Market.

2. Within fifteen (15) days of entry of this Order, Ryan Hickman shall meet and confer with counsel for Yuga Labs on the date for a second deposition to occur no later than March 10, 2023 and to last no longer than two (2) hours on the record;

3. Ryan Hickman shall be sanctioned for failing without adequate excuse to obey the November Subpoena and ordered to pay Yuga Labs' reasonable attorneys' fees and costs in connection with the Motion. Yuga Labs shall submit its fee request within ten (10) days of entry of this Order.

**IT IS SO ORDERED.**

Dated: _____

The Honorable XXX
United States District Court Judge
District of Nevada