# Exhibit P

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
 3
 4      YUGA LABS, INC.,              )
                                      )
 5                   Plaintiff,       )
                                      )
 6      vs.                          )Case No.
                                      )2:22-cv-04355-JFW-JEM
 7      RYDER RIPPS and JEREMY        )
        CAHEN,                        )
 8                                    )
                     Defendants.      )
 9      _____)
10
11
12                      CONFIDENTIAL
13          VIDEOTAPED DEPOSITION OF RYAN HICKMAN
14           Taken on Wednesday, December 7, 2022
15      By a Certified Stenographer and Legal Videographer
16                      At 9:11 a.m.
17          At 9275 West Russell Road, Suite 240
18                    Las Vegas, Nevada
19
20
21
22
23            Stenographically reported by:
24          Holly Larsen, NV CCR 680, CA CSR 12170
25
```

Page 1

```
 1    APPEARANCES:
 2    For the Plaintiff:
 3            FENWICK & WEST, LLP
              BY:  KIMBERLY I. CULP, ESQ.
 4            BY:  ANTHONY M. FARES, ESQ.
              801 California Street
 5            Mountain View, California 94041
              650.988.8500
 6            kculp@fenwick.com
 7    For the Defendants:
 8            WILMERHALE
              BY:  DEREK A. GOSMA, ESQ.
 9            350 South Grand Avenue
              Suite 2400
10            Los Angeles, California 90071
              213.443.5300
11            derek.gosma@wilmerhale.com
12    The Legal Videographer:
13            SAMUEL CAMACHO
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL

1       Q.      Are you taking any medication today that

2   would prevent you from providing your best

3   recollection of the events that I'm going to ask

4   questions about today?

5       A.      No medications.

6       Q.      Is there any other condition that we

7   should be aware about that might prevent you from

8   providing your best recollection at today's

9   deposition?

10      A.      Not -- no medical conditions that I'm

11  aware of.

12      Q.      I appreciate that.  Thank you.

13              Have you ever met Mr. Gosma before

14  today?

15      A.      No.

16      Q.      Have you ever spoken with any of Ryder

17  Ripps' and Jeremy Cahen's lawyers before today?

18      A.      Yes.

19      Q.      When?

20      A.      A week ago -- sorry.  Two weeks ago and

21  two days ago.

22      Q.      Other than the conversation two weeks

23  ago and the conversation two days ago, is it your

24  testimony you've had no other conversations with the

25  lawyers that represent Mr. Ripps and Mr. Cahen?

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1          A.       Zero.
2          Q.       What was -- who did you speak with two
3     weeks ago?
4          A.       The gentleman's name is Louis.
5          Q.       Louis Tompros?
6          A.       Yes.
7          Q.       How did you and Mr. Tompros get
8     connected with one another?
9          A.       Through Jeremy.
10         Q.       How did Jeremy connect you to
11    Mr. Tompros?
12         A.       I reached out to Jeremy in regards to
13    the -- I was served.  There was construction at my
14    house.  I was served papers to do a deposition, and
15    I wanted to know what the state of the case was.
16    And he asked me to perhaps speak to Louis.
17                  I reached out to Louis, and we spoke for
18    a few moments, and I said I was represented by
19    counsel and gave him my counsel's name, to learn
20    that I actually no longer had counsel at that time.
21         Q.       And when you say "Jeremy" -- just so
22    that the record is clear, if you say "Jeremy," you
23    are referring to Jeremy Cahen, one of the defendants
24    in this case?
25         A.       Correct.
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1    Q.        How did you reach out to Mr. Cahen in

2    connection with this conversation two weeks ago?

3    A.        I called him on the phone.

4    Q.        So you have his cell phone number?

5    A.        No.  I talked to him through the

6    internet.

7    Q.        What software did you use to call

8    Mr. Cahen?

9    A.        Telegram.

10   Q.        Do you know if there's any record that

11   is made by Telegram of the conversation you had with

12   Mr. Cahen?

13   A.        Not for how I use it, no.

14   Q.        And what do you mean by that, not for

15   how you use it?

16   A.        End-to-end encrypted software.

17   Q.        How long was your conversation with

18   Mr. Cahen approximately two weeks ago?

19   A.        Less than five minutes.

20   Q.        Other than what you've testified to, is

21   there anything else that you and Mr. Cahen talked

22   about on that conversation?

23   A.        No.

24   Q.        And then did Mr. Cahen provide you with

25   the contact information for Mr. Tompros?

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1          A.      Yes.
 2          Q.      And then did you call Mr. Tompros?
 3          A.      Yes.
 4          Q.      And you said a few moments, I believe
 5     was your testimony --
 6          A.      Yes.
 7          Q.      -- was the length of your conversation
 8     with Mr. Tompros; is that right?
 9          A.      Correct.
10          Q.      What did you and Mr. Tompros discuss?
11          A.      I asked him, am I -- where is the state
12     of the case?  What's happening?  I read online, so
13     it speaks to a ruling, and I'm just trying to
14     understand what's going on.
15               Just because this is -- this is just
16     burdening my life.  So I wanted to know, like, what
17     do I need to do in order to proceed.
18               And he asked me if I had counsel.  I
19     said yes.  I gave him my counsel's contact
20     information.  We got off the phone.
21               He called me back five minutes after to
22     inform me that I actually no longer had counsel, and
23     I should go and seek counsel, and that was the end
24     of our call.
25          Q.      Okay.  I believe you just testified that
```

Page 17

1    paper trail of emails that I didn't review at all.

2        Q.      What do you mean by that?

3        A.      I didn't open any of these emails.

4        Q.      Understood.  They were received, but you

5    had not opened them by the time you spoke with

6    Mr. Tompros?

7        A.      Correct.

8        Q.      Did you open them after you spoke with

9    Mr. Tompros?

10        A.      I've only opened the last one in regard

11    to -- there's a thread.  I only opened the last one

12    that said he was no longer my counsel.

13        Q.      That was an email you received from

14    Mr. Jacobs?

15        A.      Correct.  As a confirmation.

16        Q.      Understood.

17               Can you confirm for the record the email

18    address that you and I have corresponded that you

19    have used?

20        A.      I believe you guys talked to me through

21    Kingsrborn@gmail.com.

22        Q.      That is your email address, just for the

23    record?

24        A.      That is one of my email addresses,

25    correct.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1          Q.       Can you let us know your other email
 2     addresses that you have?
 3          A.       Yes.
 4          Q.       What are they?
 5          A.       Hwonder@buildworksdao.xyz [sic].
 6          Q.       Any others?
 7          A.       Ryan.Hickman@epic.ai.
 8                   And -- I mean, I have several other
 9     emails that I use for other purposes.  I don't
10     communicate with humans over those emails.  They're
11     for software and development.
12          Q.       Do any of those other emails whose
13     addresses you have not yet told us have any messages
14     in them that relate in any way to the subject matter
15     of this lawsuit?
16          A.       No.
17          Q.       Of the email addresses that you have
18     stated for us on the record, do any of those have
19     any messages that have anything to do with the
20     subject matter of this lawsuit?
21          A.       The Kingsrborn@gmail.com that we speak
22     over.  And I believe this is (indicating) -- I don't
23     know what this is from.  It's possible that this
24     could be under Hwonderofworld@gmail.com.  That's
25     where I spoke to Ethan from.
```

Page 24

CONFIDENTIAL

1      Q.      Understood.

2              Have you used email to communicate with

3      Mr. Ripps?

4      A.      No.

5      Q.      Have you used email to communicate with

6      Mr. Cahen?

7      A.      No.

8      Q.      Do you know who Tom Lehman is?

9      A.      Yes.

10     Q.      Have you used email to communicate with

11     Tom Lehman?

12     A.      Yes.

13     Q.      What email have you used to communicate

14     with Mr. Lehman?

15     A.      Hwonderofworld@gmail.com.

16     Q.      After you found out that Mr. Jacobs was

17     no longer representing you, what did you do in

18     connection with complying with Exhibit 1?

19     A.      I reached out to a few friends to find

20     some attorneys that could represent me.  And outside

21     of speaking with Louis, I didn't -- that was it.

22     Q.      Did you -- you did not retain counsel in

23     connection with those discussions that you had?

24     A.      No, I did not.

25     Q.      Did you -- if you look in Exhibit 1 -- I

Page 25

1      guess let's start on the front page.  We already

2      talked about the top middle that tells you this

3      location at Fennemore is where your deposition was

4      going to happen.

5                  Do you see that check mark in the

6      address?

7           A.     Uh-huh.

8           Q.     Then if you go immediately below that,

9      there's another check-mark and a reference to an

10     Attachment A.

11                 Do you see that?

12          A.     Yes.

13          Q.     And did you understand -- do you

14     understand today that that check-mark and that

15     reference in the subpoena was asking you to bring

16     documents to this deposition today?

17          A.     I did not.

18          Q.     Did you read Attachment A at any time

19     after you were served with the subpoena that is

20     Exhibit 1?

21          A.     I scanned through the document, yes.

22          Q.     And what was your understanding of what

23     was being asked of you through Exhibit 1?

24          A.     To show up for a deposition.

25          Q.     And before we went on the record I asked

                                          Page 26

CONFIDENTIAL

1    you if you had the documents that were requested in

2    the subpoena, and I don't remember your exact words,

3    but to the effect of you haven't had a chance to

4    look for them; is that correct?

5         A.      Correct.

6         Q.      So at least when you walked into the

7    conference room today you understood that I was

8    looking for documents?

9         A.      Correct.

10        Q.      Can you explain to me why it is that you

11   have not had an opportunity to look for the

12   documents that are requested by Exhibit 1?

13        A.      I just haven't had the time.

14        Q.      Do you have any more information than

15   that?

16        A.      In terms of?

17        Q.      In terms of how you haven't found the

18   time to comply with the subpoena.

19        A.      To log into software where I don't have

20   administrative access to, to take on additional

21   work, when I have to focus on the obligations I have

22   for my family, I just haven't had the time.

23        Q.      You can see that Exhibit 1 sought your

24   testimony, your documents on November 28th; is that

25   correct?

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1      A.      Correct.

2      Q.      We had reached out to you after you were

3  served with Exhibit 1 to let you know that if the

4  date of November 28th did not work for your

5  compliance with Exhibit 1, we could find a new date

6  for your deposition in compliance with Exhibit 1;

7  correct?

8      A.      Correct.

9      Q.      You let us know that December 6th or 7th

10 could work for you; correct?

11     A.      Correct.

12     Q.      We're here today on December 7th?

13     A.      Correct.

14     Q.      What between November 28th and

15 December 7th prevented you from looking for the

16 documents that were sought in Exhibit 1?

17     A.      I launched three pieces of software, and

18 I've been consumed with the launch of that software.

19     Q.      Anything else?

20     A.      No.  Travel.  I mean, I have a family.

21 I have four children.

22     Q.      Anything else?

23     A.      That's all.

24     Q.      You had mentioned a call that you had

25 with Mr. Tompros about two days ago; is that

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1    private channel chat.

2             Outside of that, specific to this, those

3    were my channels where I had these discussions.

4        Q.      On Discord?

5        A.      On Discord.

6        Q.      So you did not have -- if I'm

7    understanding your testimony correctly, you did not

8    have private Discord communications with Mr. Cahen?

9        A.      Did I have one-to-one Discord?  It is

10   possible I have a Discord chat with him.

11       Q.      Have you looked to see if you have a

12   private Discord chat with Mr. Cahen either in the

13   process of responding to Exhibit 1 or Exhibit 2?

14       A.      Yes.

15       Q.      When did you look to see if you had a

16   private Discord chat with Mr. Cahen?

17       A.      On the -- specifically on the 29th of

18   September.

19       Q.      On the 29th of September you looked to

20   see if you had a private Discord chat with

21   Mr. Cahen?

22       A.      Correct.

23       Q.      And do you have a recollection of

24   whether or not you determined there was one or there

25   wasn't one?

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        A.        I don't -- I don't remember.  I believe
 2   I have a chat.  I don't believe we had a discussion
 3   around this.
 4        Q.        Other than looking to see if you had a
 5   chat with Mr. Cahen on Discord, did you look through
 6   that chat to see if that chat related in any way to
 7   RR/BAYC NFTs, to BAYC NFTs, or to Yuga Labs?
 8        A.        The private chat between he and I?
 9        Q.        Correct.
10        A.        Yes.  I scrolled to look at our
11   messages.
12        Q.        You did that on or about September 29th?
13        A.        On specifically the day I submitted this
14   document.
15        Q.        By "this document" you mean Exhibit 7?
16        A.        Correct, yes.
17        Q.        And what was your determination as to
18   the nature of your communications with Mr. Cahen on
19   that chat?
20        A.        Just overwhelmed in general on how I
21   would get this -- how I would record this
22   information.
23        Q.        You were overwhelmed by how would I pull
24   the volume of the communications I had between
25   Mr. Cahen and yourself on Discord?
```

1        A.        No.  All Discord communications.

2        Q.        Okay.  I'm not trying to be difficult.

3    I am trying to understand you here.

4              I'm understanding your testimony to be

5    that on or about September 29th you were overwhelmed

6    by the volume of the Discord communications and how

7    would you procedurally get them to us; is that

8    correct?

9        A.        Correct.  And in response to -- I opened

10   my email, and my email communicated that I was

11   served on the 9th, and by the 23rd I was in contempt

12   of court because I did not respond, and I

13   immediately began combing through the documents and

14   trying to figure out how I was going to capture this

15   information.  I put together the PDF, and I sent you

16   the PDF.

17       Q.        Okay.  And Exhibit 37 [sic] does not

18   have the group chat that you mentioned; correct?  So

19   Exhibit 7 is your response?

20       A.        Yes.

21       Q.        And that document you sent us on

22   September 29th does not have the group Discord chat

23   that you mentioned; correct?

24       A.        Correct.

25       Q.        And Exhibit 7 does not have the direct

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1    chat that you mentioned with Mr. Lehman on Discord;

2    correct?

3         A.      Correct.

4         Q.      Nor does it have the direct chat that

5    you had with Mr. Cahen on Discord; correct?

6         A.      Correct.

7         Q.      Subsequent to September 29th, did you do

8    anything to try to get those Discord chats to

9    Fenwick & West?

10        A.      No.

11        Q.      Did you have direct chats with Mr. Ripps

12   on Discord?

13        A.      No.

14        Q.      So in terms of Discord chats that might

15   be responsive to Request Number 1 on Exhibit 1,

16   there would be the group chat that you mentioned,

17   the personal chat with Mr. Lehman, and the personal

18   chat with Mr. Cahen; correct?

19        A.      Correct.

20                (Exhibit 8 marked.)

21   BY MS. CULP:

22        Q.      So you had mentioned the group chat.

23                Do you see Exhibit 8 in front of you?

24        A.      Yes.

25        Q.      Is this the group chat you were

                                              Page 41

1    referencing, or at least the beginning of it?

2         A.    I believe, yes.

3         Q.    You had mentioned the development team,

4    and you had listed four names:  yourself,

5    Mr. Lehman, Mr. Ripps, and Mr. Cahen.

6               Is it your testimony that the four of

7    you were the development team for Team Ape Market?

8         A.    The developers -- when you say

9    "development team," what do you mean by that?

10        Q.    Thank you.  I'm trying to understand

11   what you meant when you used the phrase "development

12   team" earlier, and I should have asked you that

13   question earlier.  You had used the phrase

14   "development team."

15              My question is:  Who is the development

16   team?

17        A.    The developers, the smart contract

18   coders and website developers in that context is

19   myself and Tom.

20        Q.    So the development team is you and Tom?

21        A.    Correct.

22        Q.    And the developers for the contract are

23   Mr. Ripps and Mr. Cahen?

24        A.    So the primary contract, the Foundation

25   contract, is Foundation.  That contract issues the

                                        Page 42

1      tokens that are referred to as RR/BAYC.

2              Myself and Tom created a reserve system

3      so that people could interface with the reservation

4      system to commission Ryder Ripps to create the

5      Foundation token and issue it to the specific person

6      who reserved that specific token.  So on the

7      development front, it's specifically for that case.

8          Q.      For the reservation system?

9          A.      Correct.

10         Q.      And also for Ape Market; correct?

11         A.      Correct.

12         Q.      So you and Tom were the developers for

13     the RR/BAYC RSVP contract and the RR/BAYC domain and

14     the ApeMarket.com domain; is that correct?

15         A.      The ApeMarket.com domain, I don't know

16     who's the registrar of that.

17              But the ApeMarket.com is blank.  There

18     was no site on ApeMarket.com.

19         Q.      That's live today?

20         A.      There is no website on there, no.

21         Q.      There was development work that you and

22     Mr. Lehman did with the anticipation of hosting a

23     live website on the domain ApeMarket.com; correct?

24         A.      There was a system that I developed in

25     2021, December of '21, for any project to stand up a

                                             Page 43

CONFIDENTIAL

1    marketplace.  And if you type in a contract address,

2    it shows that collection.  The development was done

3    before this even existed.

4              The opportunity was to put that token

5    address on that specific -- load that token address

6    in that client to allow market transactions.

7         Q.    On the domain ApeMarket.com?

8         A.    It could have been put on ApeMarket.com,

9    yes.

10        Q.    The intention that you, Mr. Ripps,

11   Mr. Cahen, and Mr. Lehman had was that it would be

12   put on the domain ApeMarket.com?

13        A.    Yes.

14        Q.    Turning back to Exhibit 8, Mr. Lehman

15   produced the Team Ape Market Discord chat.

16   Exhibit 8 is obviously the first page of what would

17   obviously be a very lengthy document if we printed

18   the entire thing.

19             Do you know how Mr. Lehman exported the

20   Discord chat into a format that rendered it

21   producible to Fenwick & West?

22        A.    I do not know.

23        Q.    Did Mr. Lehman have different rights or

24   privileges to Team Ape Market than you?

25        A.    I don't know.

Veritext Legal Solutions
866 299-5127

1    Q.        Did you, in responding to either --

2    attempting to respond to either Exhibit 1 or

3    Exhibit 2, look at the permissions that you had for

4    the Team Ape Market chat to determine whether or not

5    you had the necessary permissions to export that

6    chat?

7    A.        I looked at private chats.  I did not

8    look specifically at the Ape Market chat's

9    permission structure.

10    Q.        For the private chats that you had, you

11    had the permission to export that, if it was

12    technically feasible to do so?

13    A.        I would have that, yes.

14    Q.        This is more for the record.  We will

15    look at a number of different communications that

16    happened on the Team Ape Market chat.  It is very

17    big, for obvious reasons.  There are going to be

18    screen grabs that will have dates and times on them.

19    Those dates and times are getting pulled out of the

20    native file that was produced to us.  When we look

21    at those, I just want you to understand what we're

22    looking at.

23             MR. GOSMA:  I'll just make a standing

24    objection for the record that to the extent you show

25    him excerpts from, you know, a longer document,

Page 45

CONFIDENTIAL

1    that, you know, that's improper because he doesn't

2    have the context that he needs to answer the

3    questions.

4               (Exhibit 9 marked.)

5    BY MS. CULP:

6        Q.     Do you know what Exhibit 9 is?  With all

7    of the documents, you can flip through them to

8    refresh your memory as to what they are and to

9    identify the documents.  I will do my best to direct

10    your attention to where my question is, but that's

11    not to prevent you from reviewing an exhibit.

12            The question is, do you know what

13    Exhibit 9 is?

14        A.     Yes.  These are conversations.

15        Q.     Between you and Mr. Lehman?

16        A.     Correct.

17        Q.     Again, this is to define definitions so

18    that we're all on the same page with each other.

19            @middlemarch.eth is Tom Lehman in

20    Exhibit 9?

21        A.     Correct.

22        Q.     And Hwonder is you?

23        A.     Correct.

24        Q.     If we look at Exhibit 8, which is the

25    one-page Discord document, @hwonder in the Discord

CONFIDENTIAL

```
 1     I use at all.  I visit it to make sure that my
 2     Netflix is paid, my Amex is paid.  I went to visit
 3     and seen a message from your team.
 4          Q.     And then you had referenced an Hwonder
 5     Gmail address as well?
 6          A.     Correct.
 7          Q.     You used that to communicate with your
 8     prior lawyer, Mr. Jacobs?
 9          A.     Correct.
10          Q.     And you've not used any other email
11     addresses to communicate about RR/BAYC NFTs, BAYC
12     NFTs, or Yuga Labs, other than what you've already
13     told me about?
14          A.     Correct.
15          Q.     With respect to Request Number 3, do you
16     see it references all Telegram communications again
17     from the beginning of the year to the present
18     relating to the three items that are listed there?
19               Do you see that?
20          A.     Yes.
21          Q.     Did you have Telegram communications
22     that relate to any or all of those topics?
23          A.     Over voice.
24          Q.     Over voice?
25          A.     Yes.
```

Page 49

CONFIDENTIAL

1    Q.    Any written Telegram communications?

2    A.    I believe -- I actually believe we did

3    talk on Telegram.

4    Q.    Did you look to see if you had written

5    Telegram communications that are responsive to this

6    subpoena?

7    A.    At that time I did not.

8    Q.    Do you know as you sit here whether or

9    not you have written Telegram communications that

10   are responsive to the subpoena?

11   A.    No, not that -- my Telegram is all

12   encrypted now.

13   Q.    What do you mean by it's "all encrypted

14   now"?

15   A.    I was hacked.  I emailed you guys

16   earlier in September.  And I had lost a significant

17   amount of money.  As a result, I encrypted all of my

18   communications.

19   Q.    And does that encryption of your

20   communications somehow destroy communications that

21   you may have had that predated the date of the

22   encryption?

23   A.    Every 28 days.

24   Q.    When did you encrypt your Telegram?

25   A.    The specific date that I was hacked.  I

Page 50

1    don't know the specific date off the top of my head.

2         Q.      Do you know the month?

3         A.      September.

4         Q.      Of 2022?

5         A.      Correct.

6              MR. GOSMA:  It's been about an hour.

7    Maybe we can take a break here if you're going to

8    move on.

9              MS. CULP:  Yeah.  We'll go off the

10   record.

11             THE VIDEOGRAPHER:  Going off the record.

12   Time is 10:09 a.m.

13             (A break was taken.)

14             THE VIDEOGRAPHER:  We are back on the

15   record.  The time is 10:20 a.m.

16             (Exhibit 10 marked.)

17   BY MS. CULP:

18        Q.      We were talking about Telegram before

19   the break, and I've put in front of you Exhibit 10.

20             Do you recognize what Exhibit 10 is at

21   least a part of?

22        A.      Yes.

23        Q.      What is it?

24        A.      This is where -- yeah, this is our

25   Telegram chat.

Veritext Legal Solutions
866 299-5127

1    Q.      What's your Twitter handle?

2    A.      hWonderofWorld.

3    Q.      Do you have any other Twitter accounts

4    other than that one?

5    A.      Yes.

6    Q.      What are they?

7    A.      Buildworks Dao, Metabox Gaming, Puzl

8    World, Puzle Punk.

9            They're all project sources.  They

10   don't -- they're not at all tied into any of this

11   stuff (indicating).

12   Q.      Of the Twitter handles that you just

13   told me, which ones have anything to do with

14   RR/BAYC, BAYC, or Yuga Labs?

15   A.      I've spoken about those things on --

16   only on hWonderofWorld Twitter account.

17   Q.      Have you had direct messages in Twitter

18   with anyone on that hWonderofWorld Twitter account?

19   A.      Specific to this?

20   Q.      Correct.

21   A.      Not that I can recall.  My Twitter DMs

22   are group chats, but they're scoped to projects.

23   There's chats for developers, chats for -- chats

24   that I'm invited to.  Not chats that are specific to

25   RR/BAYC.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        Q.       Whether or not the chats are specific
 2   to BAYC or RR/BAYC, have you had communications in
 3   any group chat or one-to-one chat through the
 4   Twitter DM?
 5        A.       I regularly speak on BAYC being a
 6   security in development chats.  I regularly speak
 7   about BAYC being a security in some of the launchpad
 8   chats where people come up with ideas and create
 9   ideas.  I have strong positions on that.  But
10   specific to RR/BAYC, no.
11                 (Exhibit 11 marked.)
12                 MS. CULP:  Lehman 210 is Exhibit 11.
13                 MR. GOSMA:  What's Lehman 207?
14                 MS. CULP:  Not marked yet.
15   BY MS. CULP:
16        Q.       Do you see Exhibit 11?
17        A.       Yes, I do.
18        Q.       Does Exhibit 11 refresh your
19   recollection that you did have direct Twitter
20   messages about RR/BAYC?
21        A.       I mean, this is a conversation.  I don't
22   know if it's specifically about RR/BAYC.
23        Q.       Look at the message at 11:12 about the
24   middle of the page.
25                 Do you see that?
```

Page 57

CONFIDENTIAL

1       A.      Yes.

2       Q.      And the author is Tom Lehman; correct?

3       A.      Correct.

4       Q.      Tom Lehman writes, "Bro, you weren't

5    offered free RR/BAYC.  You were offered lower priced

6    ones."

7               Do you see that?

8       A.      Correct.

9       Q.      Then he writes, "Come on."

10      A.      Okay.

11      Q.      Then he writes, "I'm trying to get my

12   story straight here."

13      A.      Okay.

14      Q.      Then he writes, "I accepted."

15      A.      Okay.

16      Q.      Then you write, "Ha, ha, ha, ha.  I'm

17   trolling RN, if you haven't noticed."

18      A.      Okay.

19      Q.      Does Exhibit 11 and the written

20   communications I just referenced refresh your

21   recollection at all that you have had Twitter direct

22   messages that relate to RR/BAYC?

23      A.      Again, I'm not certain if this is the

24   full context of this, but he does mention RR/BAYC in

25   here.  There's other references in here in terms of

Page 58

1    block -- passing the block 15M.  There's another

2    reference of volume.  I don't know what these are

3    specific to.

4              So, yeah, we could have had a

5    conversation about RR/BAYC here.

6        Q.     It's possible?

7        A.     It's possible.  I just don't remember.

8        Q.     Have you gone into your Twitter direct

9    messages to run any sort of search function for the

10   term "RR/BAYC"?

11       A.     I've not.

12       Q.     Have you gone into your Twitter direct

13   messages to run any sort of search function for the

14   term "BAYC"?

15       A.     I have not.

16       Q.     Have you gone into your Twitter direct

17   messages to run any sort of search function for the

18   term "Yuga Labs"?

19       A.     I have not.

20       Q.     Where Mr. Lehman writes, "Bro, you

21   weren't offered free RR/BAYC.  You were offered

22   lower priced ones," do you see that statement?

23       A.     Yes.

24       Q.     Were you offered lower priced RR/BAYC?

25       A.     Yes.  Everybody was.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1          Q.       What do you mean by that?

2          A.       The RR/BAYC was -- when Ryder began

3     doing the -- when he first created the Jimmy one,

4     people were asking for them.  And he would -- in

5     protest of defining what an NFT was, he would create

6     them for free.

7               Then he started to issue them because it

8     took time out of his day at I believe it was .1 ETH,

9     I believe.  I don't remember.

10              And then as we created software to

11    automate the reservation side of that, the price

12    increased to .15.  So it's a constant increase in

13    price as a result of momentum is the only context

14    I'd have here.

15         Q.       That's how you understand Mr. Lehman's

16    comment here about the lower priced RR/BAYC?

17         A.       Correct.

18         Q.       What do you mean by in protest of what

19    an NFT is?

20         A.       I mean, you have a lot of information

21    here.  I imagine you have information regarding,

22    like -- NFTs -- I've been doing crypto for quite a

23    while.  NFTs are selling in this launch cycle.

24    Issuing an NFT is the same as doing an ICO.  It's

25    the same process.

Veritext Legal Solutions
866 299-5127

1          People try to connect it to art, but

2     there's no -- there's nothing put into the smart

3     contracts by the developer that connect anything to

4     art.  The art is a public domain.  It lives in some

5     public place.  The thing that you're purchasing is

6     this token.

7          So I often protest the ideology of these

8     things being securities.  I protest the ideology of

9     people issuing intellectual property through these

10    things.  I protest the ideology of a lot of the

11    above -- the false narrative that these things

12    represent.  So the protest has more to do with one's

13    ability or inability to copy an NFT.

14        Q.    And you understood that that protest was

15    Mr. Ripps' protest?

16        A.    Which protest?

17        Q.    The protest of the NFT.

18             I'm trying to understand your testimony

19    about Mr. Ripps creating the RR/BAYC as a protest of

20    what an NFT is.

21        A.    Oh, we aligned on certain subject

22    matter.  You know, I take offense to the bored

23    imagery.  I'm a black man.  It's unfortunate to

24    look at.

25             There's other references in there that

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
 1        touch on other ethnicities and other religion.  So
 2        there's an alignment on the idea of what an NFT is
 3        and what I believe is the misappropriation of
 4        culture and race.  So we aligned on a lot of that,
 5        hence the support.
 6                      (Exhibit 12 marked.)
 7        BY MS. CULP:
 8             Q.      Do you recognize Exhibit 12?
 9             A.      This looks like a dev chat, a
10        development chat.
11             Q.      From the Twitter platform; correct?
12             A.      Yes, I believe so.  These names, yes.
13             Q.      So you had previously referenced you
14        might have direct person-to-person communications in
15        Twitter, and you might be part of some development
16        chat in Twitter as well; correct?
17             A.      I'm a part of many development chats on
18        Twitter.
19             Q.      This is one example of a development
20        chat where RR/BAYC is referenced; correct?
21             A.      Correct.
22             Q.      And it's one where you reference
23        RR/BAYC; correct?
24             A.      Correct.
25             Q.      Okay.  Do you see your message at
```

CONFIDENTIAL

1  9:24 p.m. at the top of the page?

2       A.      At 9:24 at the top of the page, yes.

3       Q.      You write, "DMCA! RR/BAYC."

4               Do you see that?

5       A.      Yes.

6       Q.      Do you recall what that was in reference

7  to?

8       A.      I do not.

9       Q.      Do you recall what you meant by that?

10      A.      It would be -- just knowing the context

11  of this chat, it would be in protest of the ideology

12  of what NFTs are and are not.  The DMCA would be

13  explicit for OpenSea.  It would be an OpenSea

14  reference.

15              DMCA, in reference to OpenSea, resulted

16  in the takedown of several collections that left

17  communities abandoned in the past that I've

18  contributed to helping get those communities

19  jump-started with either their own marketplaces or

20  their own -- some resolution for the community

21  members that purchased these things.  So the DMCA

22  would be most likely specific to that.

23              If I had more context to this, I would

24  be able to tell you.  This is from June, so I

25  couldn't fully.

CONFIDENTIAL

1      Q.      Right.  So if we had your Twitter DM

2   chat, we could scroll up, presumably, and see more

3   of the context; correct?

4      A.      Correct.

5      Q.      Do you know who FastFoodRembrandt.onion

6   is?

7      A.      Yes.

8      Q.      Who is it?

9      A.      It's FastFood.  I don't know his real

10  name.  Yeah, I don't know his real name.

11     Q.      I want to look further down in the

12  message.

13             You write, "Identical URL."  Do you know

14  what that's in reference to?

15     A.      Correct.  Okay.  So this gives me more

16  context.

17             So the -- again, back to the NFT

18  protesting.  People are buying things that they

19  don't understand.  The artwork has nothing to do

20  with what you're purchasing or what's being

21  solicited to you to purchase with regards to my

22  position on what payments do.  Whether it be

23  doodles, whether it be Bored Ape Yacht Club.

24             The contract developers reference public

25  domain artwork that's hosted on IPFS in the contract

                                                Page 64

CONFIDENTIAL

1    that then OpenSea as a middleware has to go and

2    fetch and render at however they decide in their UI

3    to call it merchandise the sale of these tokens

4    because there's no image.

5              The contract of BAYC was -- just before

6    the RR/BAYC went live, the contract was -- the

7    ownership of the contract was revoked, so the owners

8    were no longer Yuga Labs.  And as a result, the

9    public domain assets of those images could not be

10   changed in the BAYC contract.

11             The image paths inside the Foundation

12   contract of RR/BAYC uses the same public domain

13   imagery.  The DMCA references, if you file a DMCA on

14   the imagery, you would subsequently take down the

15   art of both collections.

16             So that specific tweet that Emily tweets

17   at Emilylovescryptotweets at 9:25, which looks like

18   a retweet of me, is specific to that, just for the

19   full context.

20       Q.    Does that also explain your reference to

21   the identical URL?  You've just explained that?

22       A.    Correct, correct.

23       Q.    Your next message is "Report RR/BAYC."

24             Do you see that?

25       A.    Correct.

Veritext Legal Solutions
866 299-5127

1      A.      Yes.  He had to.

2      Q.      How do you know that?

3      A.      The private key is the only way to call

4   the Foundation contract.  And the private key

5   exclusively exists in Ryder Ripps' possession.

6      Q.      Could an assistant of Mr. Ripps' have

7   mechanically done the minting with that private key?

8      A.      In his presence, yes.  Somebody could

9   have been there and helped him out.

10      Q.      Do you know if an assistant of

11   Mr. Ripps' did use Mr. Ripps' key to mint any of the

12   RR/BAYC NFTs that were sold?

13      A.      I believe -- there was somebody.  I

14   don't know who they were, but there was somebody

15   that surfaced that definitely helped mint when the

16   volume started to become unbearable.  They kind of

17   split the workload.

18      Q.      Do you know if Mr. Cahen helped

19   Mr. Ripps at all mint any of the RR/BAYC NFTs?

20      A.      No.  If I'm not mistaken, he wasn't in

21   the U.S.  I don't remember.  I don't believe so

22   though.

23      Q.      Farther down in Exhibit 15, this is 24th

24   of May, 10:02 p.m., second line, "I'm fielding crazy

25   inflow of messages.  I'm not sure," and that's a

1    reference to Tom Lehman, "if you were getting them

2    in Twitter inbox, but mines is loaded."

3              Do you see that?

4    A.       Yes.

5    Q.       What does that refer to?

6    A.       I was getting -- I was added to a group

7    chat called "Soon."  And it was the first of -- the

8    first of an influencer chat that I was invited to.

9    It was just an enormous amount of just communication

10   that people were just -- my phone continued to die

11   because all of the notifications.  It's reference to

12   the Soon chat group.

13   Q.       Did any of the messages in the Soon chat

14   group relate to RR/BAYC NFTs?

15   A.       There were holders in there.  There were

16   people that were purchasing them in there.  That I

17   know for a fact.  But I don't remember if there were

18   any specific discussions around it.  There was

19   discussions around Miladys, for sure, at that time.

20   There was discussions around Azuki and Zagabond at

21   that time.

22              It was a chat that spoke on anything

23   that was happening that was wrong during that time.

24   So it's possible that there was conversations that I

25   might have not even been privy to.  So I would say,

1    to be safe in answering that, it's possible that,

2    yeah, there was conversations.

3         Q.     Is it equally possible that there could

4    be conversations that relate to Ape Market in that

5    Soon chat?

6         A.     Certainly.  A tweet, a retweet, yes,

7    absolutely.

8         Q.     Did you ever text with Mr. Ripps?

9         A.     Not until August.

10        Q.     Of this year?

11        A.     Yes.

12        Q.     Have any of your texts with Mr. Ripps

13   concerned RR/BAYC?

14        A.     They concerned meeting up to go to

15   Wyoming and have a discussion in person about

16   RR/BAYC.

17        Q.     Did any of your texts with Mr. Ripps

18   relate to this lawsuit?

19        A.     No.

20        Q.     Did any of your texts with Mr. Ripps

21   relate to BAYC?

22        A.     They were -- it wasn't BAYC-specific.

23   It was, Hey, we're going to go to Wyoming and

24   meet -- they were coordination plans to meet with

25   Dame Dash in Wyoming.

Veritext Legal Solutions
866 299-5127

1      Q.      Who's that?

2      A.      He's an influencer.  He's an executive,

3   a filmmaker.

4      Q.      Who's doing a documentary?

5      A.      No.  He represents -- my interest is

6   he -- he's a strong voice in the black community.

7   And to increase and amplify the wrong here, the idea

8   was to speak with him, speak and get on a few

9   podcasts and perhaps even speak with some

10  high-profile people.

11          He's -- his career is building -- he was

12  Jay-Z's partner for a decade or so.  So he has a lot

13  of access.  So the idea was to speak with him to

14  help, you know, get this message out that there are

15  people who are making tens if not hundreds of

16  millions of dollars exploiting people through

17  selling unlicensed securities, through selling this,

18  like, make-believe art IP thing, and doing it with

19  this very racially charged anti-Semitically charged

20  imagery.

21      Q.      Have you had any text messages with

22  Mr. Cahen about this lawsuit?

23      A.      Stress -- I'm being verbatim -- Hey, I'm

24  stressed.  This stuff is stressing me out.

25              High-level -- high-level -- yes.  The

Page 84

CONFIDENTIAL

1    answer is yes.

2        Q.        Have you had any text messages with

3    Mr. Lehman?

4        A.        About the lawsuit, no.

5        Q.        About RR/BAYC?

6        A.        Not that I can recall.  We text.  But

7    texting is newer for us.  We talk in so many

8    different forms I couldn't off the top of my head

9    differentiate where.  But it's possible.

10        Q.        Okay.  When was the last time you

11    communicated in any form with Mr. Lehman?

12        A.        Nine hours ago maybe, I believe.

13        Q.        What did you and Mr. Lehman talk about

14    nine hours ago?

15        A.        Standing up a front framework.

16        Q.        Not related to this deposition?

17        A.        Not related to this.

18        Q.        Does he know you're being deposed today,

19    as far as you're aware?

20        A.        He actually doesn't.

21        Q.        There would have been source code

22    related to the projects you've been talking about

23    today; is that right?

24        A.        Yes.

25        Q.        Did you do anything to produce that

Page 85

CONFIDENTIAL

1    source code to us in response to the subpoena that's

2    Exhibit 1?

3         A.     Yes.

4         Q.     What?

5         A.     I linked to the source code.  I believe

6    I linked to it or I put the link in the response

7    that I sent in the PDF.  Or it might have been in

8    the email itself.

9         Q.     Exhibit 7, can you show me where the

10   link is to the source code?

11        A.     It would have been in the email itself,

12   I believe.

13        Q.     So turn to the front page of Exhibit 7.

14               Do you see a link to the source code?

15        A.     No.  I didn't put an actual link in

16   here, I don't believe.

17        Q.     You have access to the source code?

18        A.     Yes.  It's public.  Everybody has access

19   to it.

20        Q.     Can you explain that to me?

21        A.     The blockchain executes -- when you

22   submit code to the blockchain, it's publicly

23   accessible.  It's publicly readable.

24               THE VIDEOGRAPHER:  Going off the record

25   at 11:16 a.m.

Page 86

CONFIDENTIAL

1    Q.      Do you know if Arze was Mr. Ripps'
2  assistant in June of 2022?
3    A.      I'm not certain.
4    Q.      You don't know their in-real-life name?
5    A.      No.
6    Q.      Do you see Arze writes, "Should probably
7  move over to Telegram/Signal"?
8    A.      Yes.
9    Q.      Do you know if Arze set up a Telegram or
10  Signal chat on or about June 28, 2022?
11    A.      No.  For certainly not Signal --
12  certainly not a Signal that I was privy to.
13    Q.      It's unfortunately cut off here, but you
14  can see June 28, 2022, at 7:46 p.m.  Then if you
15  continue over, you can see the icon that's been cut
16  off continues, and the message is, "I can start a
17  group chat.  I have everyone except Tom."
18            Do you see that?
19    A.      Yes.
20    Q.      Do you recall being added to a group
21  chat in or about June 28, 2022, that includes
22  Mr. Ripps, Mr. Cahen, Mr. Lehman, whomever Arze is,
23  and yourself?
24    A.      It's possible that I was added, but it
25  wouldn't have been an active chat group that I was

Page 89

CONFIDENTIAL

```
 1    in or that I opened up.
 2         Q.      It would not have been an active chat
 3    group?
 4         A.      I'm invited to a lot of chat groups.  I
 5    don't necessarily open them up.  This is very
 6    possible that I didn't open this one.  The context
 7    of our conversations happened largely in Discord,
 8    over voice on Discord, over voice on Telegram, or in
 9    our Telegram chat.  I didn't really deviate from
10    those -- specifically this group of people, deviate
11    from those forums for discussion.
12         Q.      And as you sit here, I'm understanding
13    your testimony that you don't recall being invited
14    to a chat set up by someone named Arze on or about
15    June 28, 2022?
16         A.      No.
17         Q.      And if it was in Telegram, that chat
18    invite and whatever data was there would no longer
19    be associated with your --
20         A.      Correct.
21         Q.      -- phone because of the encryption?
22         A.      Correct.
23              (Exhibit 17 marked.)
24    BY MS. CULP:
25         Q.      Just a couple messages between you, and
```

1   it's produced by Mr. Lehman, so we know Mr. Lehman

2   is on there.

3            You write, "Ryder said ... our lawyers

4   can prob help respond to it."

5            Do you see that?

6       A.   Yes.

7       Q.   Do you recall a conversation with

8   Mr. Ripps in early September about the subpoena that

9   was served on you by Yuga Labs in September that's

10  our Exhibit 2?

11      A.   We've had discussions.  I don't know

12  this specific one, but I can see that I'm in the

13  discussion.  I just don't know -- there's not enough

14  information for context for me, but yes, I had this

15  discussion.

16      Q.   With Mr. Ripps?  You certainly had the

17  conversation with Mr. Lehman?

18      A.   Yes, yes.

19      Q.   Do you recall the conversation with

20  Mr. Ripps?

21      A.   I believe so.  I believe so.

22      Q.   What do you recall about your

23  conversation with Mr. Ripps that's referenced in

24  Exhibit 17?

25      A.   I believe we had a discussion about the

                                          Page 91

CONFIDENTIAL

1    Yuga community."

2              Do you see that?

3       A.     Yes.

4       Q.     Do you know who created that imagery,

5    the "Dear Yuga community"?

6       A.     I do not.  But I do know that Ryder

7    retouched it.  I don't remember who made the

8    original image though.

9       Q.     You did not?

10      A.     No, I did not.  I added something to

11   this.  I don't remember what though.  But somebody

12   else made the original image, and I modified it, and

13   then Ryder took it and modified it further.  I don't

14   remember specifically the sequence of that.

15      Q.     Somebody made it.  You modified

16   something that you don't recall right now.  Then

17   Ryder modified something that you don't recall now?

18      A.     Correct.

19      Q.     And then that fully modified image was

20   posted on Twitter by --

21      A.     Correct.  The specific -- you're talking

22   specifically about this image (indicating)?

23      Q.     Correct.  "Dear Yuga community, RR/BAYC

24   is about to save you over 8 billion a year on Ape

25   Market"?

Page 106

CONFIDENTIAL

```
 1        A.       Correct.

 2        Q.       Do you know if that was posted by

 3   Mr. Cahen to Twitter?  Do you know if he posted that

 4   image to Twitter?

 5        A.       I believe so.  I believe he controlled

 6   that account.

 7        Q.       Do you know if -- "that account" being

 8   the Ape Market Twitter account?

 9        A.       Correct.

10        Q.       Do you know if Mr. Ripps posted that

11   image to Twitter?

12        A.       It's very, very possible.

13        Q.       When you modified it, did you understand

14   that it was going to be posted to Twitter by one or

15   both of them?

16        A.       It's a possibility -- I mean, there's a

17   possibility that it would be.  The image above in

18   the apron I made.

19        Q.       The two individuals with the Ape Market

20   apron?

21        A.       Yes.

22        Q.       You made that one?

23        A.       I anticipated somebody would post it.

24   It's a meme.

25        Q.       Do you know who made the image to the
```

Page 107

1    right, the two apes?  One says "10,000 fees," the

2    other says "zero fees," and underneath it it says

3    "Ape Market"?

4        A.     I made that image.

5        Q.     When you made that, did you understand

6    it might get posted to Twitter?

7        A.     No.  That was a comp for the market

8    design on the second page of this document.  A comp,

9    a composition, a draft.

10       Q.     Do you remember anything else about your

11   meeting with Mr. Ripps in your home related to Ape

12   Market that you haven't already told me about?

13       A.     I mean, it was a bunch of ideation.

14   Nothing specific that I remember.

15       Q.     What do you mean by "ideation"?

16       A.     Talk about ideas, pixel-push ideas.

17   Think about ways to make it a benefit to people.

18       Q.     Make Ape Market a benefit to people?

19       A.     Correct.

20       Q.     Do you remember any of those ideas that

21   you and he discussed?

22       A.     Ways to remove any kind of fees, fee

23   overlap.

24              Again, back to the contracts, the

25   contracts preach of this royalty that is supposed to

Page 108

1    admit and get, whatever.  It doesn't exist.  People

2    are paying a markup to both OpenSea or other

3    marketplaces like LooksRare.  They're also paying a

4    markup to Yuga Labs for a royalty that OpenSea

5    collects, not a royalty that's enforced at the

6    contract level.  Other marketplaces enable you to

7    trade these things.  You can go to Blur.  You can go

8    to X2Y2.

9             Apes actually trade -- or Ape -- I mean

10   Bored Ape Yacht Club or Yuga asset holders actually

11   trade assets on this marketplace to benefit from the

12   reduced fees.  So a lot of the discussion was what's

13   a creative way to give that value to this community.

14        Q.    "This community" being Bored Ape Yacht

15   Club owners?

16        A.    Being anybody who trades an NFT with

17   a -- kind of a launch ground around the BAYC, the

18   mutants, the dogs, the land.

19        Q.    By "mutants" you're referring to --

20        A.    The Mutiny block club.

21        Q.    And by "the dogs," you're referring to

22   what, for the record?

23        A.    The board Kennel -- I don't know the

24   whole -- but the Yuga-owned dog project.  I don't

25   know what -- the full acronym.

                                           Page 109

1    Q.        By "the land" you're referring to the

2    deeds on other side?

3    A.        Correct.

4    Q.        So the vision for Ape Market was to

5    allow owners of four different kinds of Yuga Labs

6    NFTs to trade those on Ape Market?

7    A.        No.  The vision was to create a fee-free

8    marketplace for any NFT, and it just so happens that

9    the largest, the most vocal, the most traded

10   volume-wise NFTs are those specific Yuga assets.  So

11   the idea was, if people are excited about, you know,

12   this work that we're doing, perhaps we roll out in a

13   way that is inclusive of those collections first.

14   Q.        Why?

15   A.        Because it represents the lion's share

16   of the activity in the market.

17             If you go and study the numbers, most of

18   the numbers are fake.  Most of the volume is washed.

19   The only collections that really trade are Yuga.

20   They also are impacted by the wash trading as well,

21   and the paint tape trading as well, where they're

22   trading between known wallets.  But there is a cream

23   at the top, call it, that is real activity.

24             So there isn't a market for anything

25   else.  So the idea is to empower a market very

Page 110

1    similar to X2Y2 that allows people to trade in any

2    assets that have realistic volume.

3        Q.     And to do that you were starting with

4    the four Yuga Labs assets that you just referenced?

5        A.     Correct.

6        Q.     Turn back to Exhibit 9.  The third page

7    of Exhibit 9 -- your copy, I don't know if it's

8    double-sided, but it's the third page of text.  The

9    message is, again, on the 13th of June.  You're

10   going to want to back up one page.

11       A.     I'm sorry.

12       Q.     It's at the bottom -- you're on the

13   right page.  It's the bottom of the page.  We're

14   still on the 13th of June at 6:12 p.m.

15              Do you see that?

16       A.     Yes.

17       Q.     And your last message there, "Sitting

18   here with Ryder stepping through Ape Market

19   updates."

20       A.     Uh-huh.

21       Q.     Are the updates referenced here any

22   different than what you've just described you and

23   Mr. Ripps were going through in your home related to

24   Ape Market?

25       A.     Same.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

1      Q.       Same, okay.  And just I'm looking for, I

2   guess, a list.  We talked about some of it.  But you

3   and Mr. Ripps have or have not communicated related

4   to Bored Ape Yacht Club, Yuga Labs, or RR/BAYC in

5   text form.  Yes?  Correct?

6      A.       Yes.

7      Q.       In Twitter DM?

8      A.       It's a possibility, actually.

9      Q.       What about in Discord?  The two of you

10   to each other, not the chats that we've seen?

11      A.       I've never spoken to Ryder in Discord

12   privately.

13      Q.       Understood, and I appreciate the

14   clarification.

15               In email?

16      A.       No.  Email -- it's possible that he

17   might have sent me a file via email.  But no -- no

18   communication.  No bidirectional communication.

19      Q.       In Telegram in a written format?

20      A.       I've spoken to him many times on

21   Telegram.  Telegram is how I originally

22   communicated with him.  But it's not -- it's not

23   Bored Ape-specific.  It's building all different

24   kinds of things.

25      Q.       But it's possibly related to Bored Ape?

Page 112

1           A.      There could be a reference in there.

2           Q.      And there could be a reference to Ape

3     Market in there?

4           A.      It's a possibility.

5           Q.      It's possible there's a reference to

6     RR/BAYC in there?

7           A.      It's a possibility.

8           Q.      Same sorts of questions for Mr. Cahen.

9                   You and he, have you communicated via

10    text related to Bored Ape Yacht Club, RR/BAYC, Ape

11    Market, Yuga Labs?

12          A.      Very -- I would say it's very possible.

13    I speak to him normally over voice.  But it's

14    possible that there's something written somewhere.

15          Q.      Twitter DM for Mr. Cahen?

16          A.      It's very possible.  It might be in a

17    group of multiple people, but very possible.

18          Q.      Discord, other than the group chats that

19    we've seen?

20          A.      It is possible that -- yes, it's

21    possible.

22          Q.      Email?

23          A.      No.

24          Q.      Telegram?

25          A.      No, not that I can surface.

                                              Page 113

CONFIDENTIAL

```
 1          Q.        It's possible there were Telegram
 2     communications between you and Mr. Cahen before you
 3     encrypted your device, but those would not be
 4     accessible now?
 5          A.        Correct.
 6          Q.        Same list of questions for Mr. Lehman.
 7                    Have you and he communicated by text
 8     message related to RR/BAYC, BAYC, or Ape Market?
 9          A.        It's definitely possible over text.  And
10     it's also possible over Discord.  I don't know if I
11     had one-on-one with him ever.  I don't believe I
12     have one-on-one specific to this in Telegram.  It's
13     possible though.  I speak to him in so many
14     different forms that I don't -- I can't necessarily
15     recall, but I can look.
16          Q.        And email?
17          A.        Files, but no -- no bidirectional
18     communication.
19          Q.        When did you first meet Mr. Lehman in
20     any context?
21          A.        December-ish 2021.
22          Q.        And what was the general nature of your
23     first introduction to Mr. Lehman?
24          A.        Protest.
25          Q.        Same Phunks community?
```

Page 114

1     A.      (Inaudible response.)  Yes.

2     Q.      I want to go back.  Mr. Cahen mentioned

3   the bottleneck problem that you were going to help

4   solve.

5     A.      Yes.

6     Q.      When did you learn that Mr. Lehman would

7   be part of the effort to solve that bottleneck

8   problem?

9     A.      I was last.

10    Q.      I see.  So if we go to Exhibit 8.  As I

11   mentioned earlier, this is the very first message we

12   have for Team Ape Market.

13    A.      Uh-huh.

14    Q.      You can see the very top message is --

15   the only message on 8 is the 18th of May 2022.

16            At that point your understanding was Tom

17   Lehman had already joined the effort to help with

18   the bottleneck problem?

19    A.      Yes.  It began over a call.  It was a

20   Discord call I received.

21    Q.      From Mr. Cahen?

22    A.      Yes.

23    Q.      Was Mr. Lehman on the call?

24    A.      I don't remember.  I don't remember

25   actually.

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

```
1                   My question is what was the plan for the
2       OTCs as outlined by the three of you here?
3           A.      I don't remember what the plan was at
4       this point in time, but I do remember we ultimately
5       seeded the contract with those specific IDs.
6                   If you create a race condition, if
7       you're still producing new token IDs and you allow
8       the community to begin to start producing token IDs,
9       you can create an overlap where people produce the
10      same token IDs.  So you have to stop one process to
11      begin the other.  Ultimately we were trying to find
12      a solution for that in this conversation.
13                  Again, without the rest of the context,
14      I actually don't remember specifically where we
15      landed other than best practice, which is stop doing
16      it by hand.
17                  (Exhibit 33 marked.)
18      BY MS. CULP:
19          Q.      Exhibit 33 is in front of you.  This is
20      from the Telegram that we saw earlier, another one
21      of the screen grabs from the Telegram.  There's a
22      message at 21:58 from you.
23                  Do you see that, in the middle?
24          A.      Yes.
25          Q.      What is "collection auto show"?
```

Page 168

CONFIDENTIAL

1        A.      That is the test collection to test the

2    functionality of Foundation.  These are all

3    burned -- I believe they're all burned NFTs now.

4    But in order to test how the rights permission works

5    with the Foundation contract, the auto show contract

6    was deployed to validate that the software

7    functioned as intended, the bionic arm software

8    functioned as intended.

9        Q.      Is this a screen grab of an email that

10   you received from OpenSea team?

11       A.      Yes, this is.

12       Q.      And what email address would the email

13   from OpenSea team have been sent to?

14       A.      I believe either my Kingsrborn or

15   Hwonder, one of the two Gmail accounts.  I don't

16   know off the top of my head.

17       Q.      So is this OpenSea telling you that this

18   test ape was delisted by OpenSea?

19       A.      Yes.

20       Q.      What did you understand that to mean?

21       A.      That they delisted it; that it was no

22   longer available on the OpenSea website.

23       Q.      Do you know why they delisted it?

24       A.      No.  OpenSea delists when somebody

25   complains about something.  I've had several

CONFIDENTIAL

1   collections, even my own artwork, delisted.  So

2   there's no -- they don't give a specific enough

3   answer.  It always is an "or" answer in their

4   emails.

5       Q.      I don't see in this email an explanation

6   as to why it was delisted.  It may be because the

7   font is gray.

8               My question is do you know if the

9   explanation that you just mentioned you sometimes

10  get from OpenSea would be in the screen grab, or if

11  it would be part of that email elsewhere or yet a

12  separate email?

13      A.      I don't know specifically.  I don't

14  know, actually.

15              (Exhibit 34 marked.)

16  BY MS. CULP:

17      Q.      Do you recognize Exhibit 34?

18      A.      What is this?  This is -- choppers in

19  here.

20      Q.      I can tell you this is a screen grab

21  from a public Discord but not Larva Labs garbage

22  Discord channel.

23      A.      Okay, yes.  I know what this is.  I

24  didn't realize we talked about it here.

25      Q.      Is that another Discord channel where

Page 170

CONFIDENTIAL

1    there might be posts by you about RR/BAYC?

2        A.      Yes.

3        Q.      And at the top you write, "RR/BAYC

4    specifically, which has BAYC token name."

5                Do you see that?

6        A.      Correct.

7        Q.      Also in parentheses, "in the Foundation

8    contract."

9                Do you see that?

10       A.      Correct.

11       Q.      What did you mean by that?

12       A.      That in the token contract, the

13   Foundation contract, it has the initials "BAYC" in

14   the name.

15       Q.      So the token name -- the name for the

16   RR/BAYC contract uses the BAYC token name?

17       A.      It has BAYC in it on Foundation, yes.

18               MS. CULP:  Let's take a break.

19               THE VIDEOGRAPHER:  Going off the record

20   at 2:18 p.m.

21               (A break was taken.)

22               THE VIDEOGRAPHER:  Back on the record.

23   Time is 2:30 p.m.

24               MS. CULP:  We're going to mark next in

25   order, which I think is 39.

Veritext Legal Solutions
866 299-5127

1   they buy and bid on that term, and it results in

2   their result being the number one result.

3       Q.     Did any of the four of you to your

4   knowledge purchase any Google Ad words for either

5   RR/BAYC.com or ApeMarket.com?

6       A.     No.

7       Q.     Was there a plan in place if Ape Market

8   launched to spend on Google ad words for Ape Market?

9       A.     No, not that I know of.  We might have

10  discussed the research and kind of principles behind

11  it, and I might have been verbose in kind of

12  explaining because I sold a company that specialized

13  in that before.  So I might have been verbose and

14  went off topic a bit and talked about it.  But there

15  was no plan to ever utilize that form of marketing

16  and promotion technically.

17          (Exhibit 67 marked.)

18  BY MS. CULP:

19      Q.     Exhibit 67.  In the middle of this

20  exhibit on the 23rd of May at 10:43 a.m., at the end

21  of that post you write, "People will want the same

22  (rarer) things."

23          Do you see that?

24      A.     Yes.

25      Q.     Are you referring to the rarer Bored Ape

CONFIDENTIAL

1    Yacht Club NFTs?

2         A.    Yes.

3         Q.    And that purchasers of RR/BAYC NFTs

4    would want the matching imagery for something that

5    was rarer in the BAYC NFT collection?

6         A.    Yes.

7         Q.    Why did you think that people would want

8    those rarer images?

9         A.    People like nicer things.  So if people

10   get credibility and celebrity and they're able to

11   feel like they're dominant in a community, and

12   that's done by accessing these rarer traits than

13   just the history of these types of projects would, I

14   at that time mentioned that that's a likelihood that

15   they would want things that are rarer, shinier,

16   prettier.

17              MS. CULP:  Understood.

18              MR. GOSMA:  What's the time on the

19   record?

20              THE VIDEOGRAPHER:  We are six hours and

21   20 minutes.

22              MR. GOSMA:  Thank you.

23              (Exhibit 68 marked.)

24   BY MS. CULP:

25        Q.    I want you to turn toward the end of 68.

                                        Page 263

1    On the 23rd of May there's a post by Mr. Cahen at

2    7:28 p.m.

3              Do you see that?

4       A.    Yes, I do.

5       Q.    It references a Google doc?

6       A.    I see it.

7       Q.    Do you have access to that Google doc

8    today?

9       A.    It's possible.  I don't believe I even

10   opened that document.  I'm not certain.  It's

11   possible I have access to it.

12      Q.    You'd have to go check?

13      A.    I'd have to check.

14            MR. GOSMA:  Would now be a time to take

15   five?

16            MS. CULP:  Sure.

17            THE VIDEOGRAPHER:  Going off the record

18   at 5:13 p.m.

19            (A break was taken.)

20            THE VIDEOGRAPHER:  We're back on the

21   record.  The time is 5:22 p.m.

22            (Exhibit 69 marked.)

23   BY MS. CULP:

24      Q.    Exhibit 69.  If you turn to the second

25   page, it begins on your message on the 30th of May

                                        Page 264

CONFIDENTIAL

```
1      at 10:44 p.m.

2                 Do you see that?

3         A.      Yes.

4         Q.      And there's a mock-up of Ape Market.  Is

5      that what that is?

6                 Turn --

7         A.      Yes.

8         Q.      -- to the 30th of May at 10:44 p.m.

9         A.      Yes.

10        Q.      That image that you post is a mock-up of

11     Ape Market?

12        A.      That is a mock-up, yes.

13        Q.      And then at 10:45 p.m., that's another

14     mock-up?

15        A.      Yes.  These are all mocks.

16        Q.      "These" meaning the Ape Market images

17     you're posting are all mocks of the Ape Market

18     website that's being built?

19        A.      Correct.  Styled, but yes.  The building

20     is done by Reservoir.  The styling is putting things

21     to display in a particular way.  You put the logo

22     here.  They load all the data into the view.  Now

23     you put paint on the walls.  It's a prefab house.

24        Q.      The styling that you're talking about,

25     is that in any way related to the "ultra-min"
```

Page 265

CONFIDENTIAL

1   comment that we saw in a prior exhibit about making

2   it look ultra-min like BAYC?

3       A.      The ultra-minimum is using their design

4   system, using their paint, versus using other

5   standard paint techniques, if we were in that

6   metaphor, yes.

7       Q.      So the paint that we're seeing for Ape

8   Market in Exhibit 69 is intended to look ultra-min

9   like the real BAYC?

10      A.      No.  This doesn't look like it.  The

11  real BAYC, you call it, the Yuga Labs product is a

12  dark gray with green accents and text.  There's

13  different imagery in the way it's laid out.  So this

14  actually deviates from it.  This is actually the

15  default aesthetic of Reservoir's product.

16      Q.      In your post at 10:46 p.m. there's

17  another image that's, again, a mock-up?

18      A.      Yes.

19      Q.      You're asking for feedback about the

20  looks that you're sharing and these posts that we

21  just looked at with the images?

22      A.      Correct.

23      Q.      Then you write, "It's difficult to make

24  the collections coexist without adding a friction

25  step."

Page 266

CONFIDENTIAL

```
 1                        Do you see that?

 2          A.      Yes.

 3          Q.      Mr. Cahen writes, "What are the major

 4     difficulties?"

 5          A.      Yes.

 6          Q.      You say, "They are the same art, LOL."

 7                        Do you see that?

 8          A.      Yes.

 9          Q.      You mean it's the same imagery?

10          A.      Yes.

11          Q.      Mr. Cahen says, "Yes, LMAOOO"?

12          A.      Yes.

13          Q.      You go on to say, "Same logos,

14     et cetera, it's not clear as day"?

15          A.      Yes.

16                        (Exhibit 70 marked.)

17     BY MS. CULP:

18          Q.      Did you add a friction step to Ape

19     Market?

20          A.      Ape Market was never released.

21          Q.      As of the 24th of June, had a friction

22     step been added to Ape Market to allow the

23     collections to coexist in a way that was not

24     confusing?

25          A.      There was a discovery of a dropdown
```

Page 267

CONFIDENTIAL

```
 1                CERTIFICATE OF REPORTER
 2     STATE OF NEVADA      )
                            )SS
 3     COUNTY OF CLARK      )
 4          I, Holly Larsen, a duly certified court
       reporter licensed in and for the State of Nevada, do
 5     hereby certify:
 6          That I reported the taking of the deposition of
       the witness, Ryan Hickman, at the time and place
 7     aforesaid;
 8          That prior to being examined, the witness was
       by me duly sworn to testify to the truth, the whole
 9     truth, and nothing but the truth;
10          That I thereafter transcribed my shorthand
       notes into typewriting and that the typewritten
11     transcript of said deposition is a complete, true,
       and accurate record of testimony provided by the
12     witness at said time to the best of my ability.
13          I further certify (1) that I am not a relative
       or employee of counsel of any of the parties; nor a
14     relative or employee of the parties involved in said
       action; nor a person financially interested in the
15     action; nor do I have any other relationship with
       any of the parties or with counsel of any of the
16     parties involved in the action that may reasonably
       cause my impartiality to be questioned; and (2) that
17     transcript review pursuant to FRCP 30(e) was
       requested.
18
            IN WITNESS HEREOF, I have hereunto set my hand
19     in the County of Clark, State of Nevada, this 21st
       day of December, 2022.
20
21
22
23                  Holly Larsen
24
25                  HOLLY LARSEN, CCR NO. 680


                                          Page 309
```