# Exhibit C

Cover letter to Hickman_Redacted

**REDACTED UNDER LR IC 6-1 AND FED. R. CIV. P. 5.2**



801 California Street  
Mountain View, CA 94041

650.988.8500  
Fenwick.com

Kimberly Culp  
kculp@fenwick.com | 650.335.7138

September 7, 2022

VIA PERSONAL DELIVERY

Ryan Hickman  
PII Redaction

Re:   *Yuga Labs, Inc. v. Ripps et al.*

Dear Mr. Hickman:

As you can see from the enclosed materials, Yuga Labs commenced a lawsuit against Ryder Ripps and Jeremy Cahen regarding their improper use of Yuga Labs' trademarks.  Enclosed is a subpoena requesting documents relating to this lawsuit and a document preservation notice.  If you have any questions about the subpoena, please let me know, and I will confer with you about the requests in the subpoena.

Although the subpoena calls for your delivery of documents to my office, I find it is often easier for everyone if you email the documents to me.  Alternatively, we can provide a dataroom for you to upload documents to if email proves problematic (e.g. because of volume).  It is important that we receive documents in the form described in the subpoena.

Sincerely,

FENWICK & WEST LLP

/s/ Kimberly Culp

Kimberly Culp

Enclosure

Exhibit C   Page 1