# Exhibit D

Email from A. Fares

| | |
|---|---|
| **From:** | Anthony Fares |
| **To:** | kingsrborn@gmail.com |
| **Cc:** | Kimberly Culp |
| **Subject:** | Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |
| **Date:** | Tuesday, September 27, 2022 7:35:00 AM |

Dear Mr. Hickman,

Pursuant to the Subpoena to Produce Documents relating to *Yuga Labs, Inc. v. Ripps, et al.*, Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) and personally served on you on September 9, 2022, you were commanded to produce requested documents and information, or serve written objections to the requests, by September 23, 2022.  We have not received any objections or any of the requested documents or information from you, and it is our position that you are now in contempt.  Please let me know whether you plan to comply with the subpoena.  If you need more time, I am open to discussing an extension of your deadline to respond.

Likewise, as mentioned in our original letter correspondence to you, if you have any questions about the subpoena, please let us know, and we will confer with you about the requests in the subpoena.

Nothing in this communication should be construed as a waiver of any of Yuga Labs' rights, which Yuga Labs fully reserves.  Additionally, nothing in this communication should be construed as legal advice.

Thank you,
Tony

Tony Fares

Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com | Admitted to practice in California.