# Exhibit E

Email from R. Hickman w-discovery responses

| | |
|---|---|
| **From:** | Ryan Hickman |
| **To:** | Anthony Fares |
| **Cc:** | Kimberly Culp |
| **Subject:** | Re: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |
| **Date:** | Thursday, September 29, 2022 10:17:10 AM |
| **Attachments:** | document_requests.pdf |

**\*\* EXTERNAL EMAIL \*\***

Please see attached document. Kindly confirm receipt.

Thank you

# Document Request 1

Please see specific response to requests on subsequent pages. Any systems I am not administrator of, have access to or do not have a mechanism to export have not been included.

# Document Request 2

Please see specific response to requests on subsequent pages. Any systems I am not administrator of, have access to or do not have a mechanism to export have not been included.

# Document Request 3

All development conversations where over voice. There is no recorded history of those voice conversations that I am aware of. All development contributions were done via Git and documented there. There is no clean way to share the files direct other than via repo. I am not administrator, and cannot grant such access.



# Document Request 4

All development conversations where over voice. There is no recorded history of those voice conversations that I am aware of. All development contributions were done via Git and documented there. There is no clean way to share the files direct other than via repo. I am not administrator, and cannot grant such access.



# Document Request 5

To my knowledge, I do not know how to find the "links" of memes and other content promoting ApeMarket. I do however know that this information is publicly accessible.

The only tweet I published which is readily accessible in the tools twitter platform provides relative to ApeMarket is:



# Document Request 6

**There is no written deal. Only reference is the reservation contract itself, which repays me for the up front development of the reservation system. This amount factored to ~15% based on the cost of reservations multiplied by the amount of possible reservations.**

https://etherscan.io/address/0xee969b688442c2d5843ad75f9117b3ab04b14960#code

```solidity
address public constant middlePaymentAddress = 0xcE17Ed0919C1D7f06997D0F849CfE0EDDD0CDd57;
address public constant hwonderPaymentAddress = 0xF9C2Ba78aE44ba98888B0e9EB27EB63d576F261B;
address public constant paulyPaymentAddress = 0x7D2550161E8A31D0b9585Bb9c88F63F9644af740;
```

```solidity
function withdraw() external nonReentrant() {
    require(msg.sender == tx.origin, "No contracts");

    uint balance = ethAvailableToWithdraw;

    require(balance > 0, "Nothing to withdraw");

    uint paulyShare = (balance * 15) / 100;
    uint middleShare = (balance * 15) / 100;
    uint hwonderShare = (balance * 15) / 100;
    uint ryderShare = balance - paulyShare - middleShare - hwonderShare;

    emit Withdraw(ethAvailableToWithdraw, paulyShare, middleShare, hwonderShare, ryderShare);

    ethAvailableToWithdraw = 0;

    Address.sendValue(payable(paulyPaymentAddress), paulyShare);
    Address.sendValue(payable(middlePaymentAddress), middleShare);
    Address.sendValue(payable(hwonderPaymentAddress), hwonderShare);
    Address.sendValue(payable(ryderPaymentAddress), ryderShare);
}
```

# Document Request 7

All development conversations where over voice. There is no recorded history of those voice conversations that I am aware of. All development contributions were done via Git. There is no clean way to share the files direct other than via repo. I am not administrator, and cannot grant such access.



# Document Request 8

Documents I produced relative to my involvement in the creation, development & promotion of ApeMarket. This includes a single tweet and a site comp. Apemarket was not released.



# Document Request 9

I earned zero royalties. There are no documents associated to any royalties. I was compensated for the development of a token reservation system. The gross total 158.28 ETH:

| Sender | Amount | Latest Date |
|---|---|---|
| 0xee969b688442c2d58... | 158.28 ETH  $218144.53 | 2022-06-25 |

Of which 15.93 ETH was returned for gas cost:

| Sender | Amount | Latest Date |
|---|---|---|
| 0x592814ff14e030b51f6... | 15.93 ETH  $26280.83 | 2022-07-27 |

Net to build reservation system: 142.35 ETH

# Document Request 10

To my knowledge I have no accessible record to any conversation. That said, there was never a conversation to confuse, mistake or deceive anyone. There were only verbal conversations discussing the protest of the embedded racist imagery in the BAYC collection.