# Exhibit F

Email from A. Fares - Confer Attempts

| | |
|---|---|
| **From:** | Anthony Fares |
| **To:** | Ryan Hickman |
| **Cc:** | Kimberly Culp |
| **Subject:** | RE: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |
| **Date:** | Monday, October 10, 2022 8:32:00 AM |
| **Importance:** | High |

Mr. Hickman,

This is the fourth and final time we are reaching out to meet and confer regarding your deficient response to Yuga Labs' subpoena.  If you do not respond to this email by **Wednesday, October 12, 2022** with your availability to meet and confer, we will seek court enforcement of the subpoena.

Best Regards,
Tony Fares

Tony Fares

Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com | Admitted to practice in California.

---

**From:** Anthony Fares
**Sent:** Thursday, October 6, 2022 8:24 AM
**To:** Ryan Hickman <kingsrborn@gmail.com>
**Cc:** Kimberly Culp <KCulp@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Mr. Hickman,

This is the third time I have contacted you regarding your availability to discuss your document production.  Please let us know your availability tomorrow, 10/7 or Monday, 10/10.  To be clear, we do not believe your document production fully complies with the subpoena, so we are writing to "meet and confer" with you on whether your production is complete.  We hope to resolve these issues now so as not to involve the Court.

Best Regards,
Tony

Tony Fares

Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com | Admitted to practice in California.

---

**From:** Anthony Fares
**Sent:** Tuesday, October 4, 2022 8:00 AM
**To:** Ryan Hickman <kingsrborn@gmail.com>
**Cc:** Kimberly Culp <KCulp@fenwick.com>

Exhibit F  Page 1

**Subject:** RE: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Mr. Hickman,

Following up on the email below, please let us know when you are available to discuss your subpoena responses this week.

Thanks,
Tony

Tony Fares
Fenwick  |  Associate  |  +1 415-875-2261  |  afares@fenwick.com  |  Admitted to practice in California.

---

**From:** Anthony Fares
**Sent:** Thursday, September 29, 2022 9:15 PM
**To:** Ryan Hickman <kingsrborn@gmail.com>
**Cc:** Kimberly Culp <KCulp@fenwick.com>
**Subject:** RE: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

Mr. Hickman,

Thank you for providing the documents attached to your prior email.  If you have counsel, please forward this email to your attorney.  We would like to set up a call to discuss your response to Yuga Labs' subpoena.  Please let us know your availability for a call next week.

Best Regards,
Tony

Tony Fares
Fenwick  |  Associate  |  +1 415-875-2261  |  afares@fenwick.com  |  Admitted to practice in California.

---

**From:** Ryan Hickman <kingsrborn@gmail.com>
**Sent:** Thursday, September 29, 2022 10:16 AM
**To:** Anthony Fares <AFares@fenwick.com>
**Cc:** Kimberly Culp <KCulp@fenwick.com>
**Subject:** Re: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**\*\* EXTERNAL EMAIL \*\***

Please see attached document. Kindly confirm receipt.

Thank you

Exhibit F  Page 2