# Exhibit G

Email from R. Hickman confirming availability to M&C

| | |
|---|---|
| **From:** | Ryan Hickman |
| **To:** | Anthony Fares |
| **Cc:** | Kimberly Culp |
| **Subject:** | Re: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |
| **Date:** | Wednesday, October 12, 2022 4:32:16 PM |

**\*\* EXTERNAL EMAIL \*\***

Yes, I will be available.

Thank you

On Wed, Oct 12, 2022 at 2:36 PM Anthony Fares <AFares@fenwick.com> wrote:

> Mr. Hickman,
>
> Thank you for providing your availability.  I will send you a zoom invitation for **Friday, October 14 from 3-4pm PST** shortly.  If you have counsel, please let me know, and I will send them the invitation as well.
>
> Best Regards,
>
> Tony
>
> Tony Fares
>
> Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com | Admitted to practice in California.
>
> **From:** Ryan Hickman <kingsrborn@gmail.com>
> **Sent:** Wednesday, October 12, 2022 12:28 PM
> **To:** Anthony Fares <AFares@fenwick.com>
> **Cc:** Kimberly Culp <KCulp@fenwick.com>
> **Subject:** Re: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)
>
> **\*\* EXTERNAL EMAIL \*\***
>
> Great Day,

Exhibit G  Page 1

> I've directly shared all of the information per request in subpoena which I have access to. I am currently in transit and can be available again Friday Oct, 14. I have openings 2-4.
>
> Thank you

| | |
|---|---|
| **From:** | Google Calendar <calendar-notification@google.com> on behalf of kingsrborn@gmail.com |
| **Sent:** | Wednesday, October 12, 2022 4:31 PM |
| **To:** | Anthony Fares |
| **Subject:** | Accepted: Meet and Confer re Yuga Labs Subpoena to Ryan Hickman @ Fri Oct 14, 2022 3pm - 4pm (PDT) (Anthony Fares) |
| **Attachments:** | invite.ics |

**\*\* EXTERNAL EMAIL \*\***

**kingsrborn@gmail.com has accepted this invitation.**

Mr. Hickman, please find a zoom link and dial-in information for our meet and confer discussion below.

[https://st2.zoom.us/static/6.2.8989/image/new/ZoomLogo_110_25.png]
Hi there,
Tony Fares is inviting you to a scheduled Zoom meeting.
Join Zoom Meeting
One tap mobile:
US: +16699009128,,94387743317# or +16694449171,,94387743317#
Meeting URL:
https://fenwick.zoom.us/j/94387743317
Meeting ID:
943 8774 3317
Join by Telephone
For higher quality, dial a number based on your current location.
Dial:

US: +1 669 900 9128 or +1 669 444 9171 or +1 346 248 7799 or +1 719 359 4580 or +1 253 215 8782 or +1 301 715 8592 or +1 309 205 3325 or +1 312 626 6799 or +1 386 347 5053 or +1 564 217 2000 or +1 646 558 8656 or +1 646 931 3860 or 888 788 0099 (Toll Free) or 833 548 0276 (Toll Free) or 833 548 0282 (Toll Free) or 877 853 5247 (Toll Free)
Meeting ID:
943 8774 3317
International numbers
Join from an H.323/SIP room system
H.323:
162.255.37.11 (US West)

162.255.36.11 (US East)
221.122.88.195 (China)
115.114.131.7 (India Mumbai)
115.114.115.7 (India Hyderabad)
213.19.144.110 (Amsterdam Netherlands)
213.244.140.110 (Germany)
103.122.166.55 (Australia Sydney)
103.122.167.55 (Australia Melbourne)
209.9.211.110 (Hong Kong SAR)
149.137.40.110 (Singapore)
64.211.144.160 (Brazil)
69.174.57.160 (Canada Toronto)
65.39.152.160 (Canada Vancouver)
207.226.132.110 (Japan Tokyo)
149.137.24.110 (Japan Osaka)
Meeting ID:
943 8774 3317
SIP:
94387743317@zoomcrc.com


_____
Microsoft Teams meeting
Join on your computer, mobile app or room device
Click here to join the meeting
Meeting ID: 220 067 916 218
Passcode: SN5hgJ
Download Teams | Join on the web
Join with a video conferencing device
fenwick-west@m.webex.com
Video Conference ID: 115 449 867 6
Alternate VTC instructions
Or call in (audio only)
+1 628-225-2547,,718243247# United States, San Francisco
Phone Conference ID: 718 243 247#
Find a local number | Reset PIN
Learn More | Meeting options
_____


**When**
Friday Oct 14, 2022 ⋅ 3pm – 4pm (Pacific Time - Los Angeles)

2

**Location**

https://fenwick.zoom.us/j/94387743317
**View map**

**Organizer**

Anthony Fares
afares@fenwick.com

**Guests**

kingsrborn@gmail.com - creator
Kimberly Culp
**View all guest info**

Invitation from Google Calendar

You are receiving this email because you are an attendee on the event. To stop receiving future updates for this event, decline this event.

Forwarding this invitation could allow any recipient to send a response to the organizer, be added to the guest list, invite others regardless of their own invitation status, or modify your RSVP. Learn more

3

Exhibit G   Page 5