# Exhibit I

Email from A. Fares to R. Hickman re counsel

| | |
|---|---|
| **From:** | Anthony Fares |
| **To:** | Ryan Hickman |
| **Cc:** | Kimberly Culp |
| **Subject:** | RE: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.) |
| **Date:** | Wednesday, October 19, 2022 7:25:00 AM |

Thank you, Mr. Hickman.  Please let us know the name of your attorney so we can reach out to them and schedule a time to meet and confer.

Thanks,
Tony

Tony Fares
Fenwick  |  Associate  |  +1 415-875-2261  |  afares@fenwick.com  |  Admitted to practice in California.

**From:** Ryan Hickman <kingsrborn@gmail.com>
**Sent:** Monday, October 17, 2022 1:27 PM
**To:** Anthony Fares <AFares@fenwick.com>
**Cc:** Kimberly Culp <KCulp@fenwick.com>
**Subject:** Re: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)

**\*\* EXTERNAL EMAIL \*\***

I've retained representation.
As a follow up. My attorney will be in contact with you.

Thank you


Ryan Hickman

*"Everything you do matters"*


On Thu, Oct 13, 2022 at 3:51 PM Ryan Hickman <kingsrborn@gmail.com> wrote:

> Anthony,
>
> I will follow up monday by EOD (PST)
>
>
> Thank you,
>
> Ryan

Exhibit I  Page 1

Ryan Hickman

*"Everything you do matters"*

On Thu, Oct 13, 2022 at 3:29 PM Anthony Fares <AFares@fenwick.com> wrote:

> Mr. Hickman,
>
> Thank you for your email.  We are willing to postpone the conference until next week so you can retain counsel.  Please ask them to reach out to us on Monday in order to schedule a mutually convenient time to meet and confer.
>
> Thanks,
> Tony
>
> Tony Fares
> Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com | Admitted to practice in California.
>
> ---
>
> **From:** Ryan Hickman <kingsrborn@gmail.com>
> **Sent:** Thursday, October 13, 2022 3:11 PM
> **To:** Anthony Fares <AFares@fenwick.com>
> **Cc:** Kimberly Culp <KCulp@fenwick.com>
> **Subject:** Re: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)
>
> **\*\* EXTERNAL EMAIL \*\***
>
> Following up
>
> I am actively finalizing retaining counsel to assist me in this process. On Monday I will have confirmation (payment/support). If you would like to continue the call tomorrow , that is fine. I need the support at this point as this is outside of the scope of my understanding, access and area of expertise. Given my limited understanding of this process I am not sure there will be much I can contribute during the call.
>
> Alternatively, If you would like me to loop in my counsel after I retain them on Monday, I am happy to do so.
>
> Thanks
>
> Ryan

Exhibit I  Page 2

> Ryan Hickman
>
> *"Everything you do matters"*
>
>
> On Wed, Oct 12, 2022 at 2:36 PM Anthony Fares <AFares@fenwick.com> wrote:
>
>> Mr. Hickman,
>>
>> Thank you for providing your availability.  I will send you a zoom invitation for **Friday, October 14 from 3-4pm PST** shortly.  If you have counsel, please let me know, and I will send them the invitation as well.
>>
>> Best Regards,
>> Tony
>>
>> Tony Fares
>> Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com | Admitted to practice in California.
>>
>> **From:** Ryan Hickman <kingsrborn@gmail.com>
>> **Sent:** Wednesday, October 12, 2022 12:28 PM
>> **To:** Anthony Fares <AFares@fenwick.com>
>> **Cc:** Kimberly Culp <KCulp@fenwick.com>
>> **Subject:** Re: Yuga Labs, Inc. v. Ripps, et al., Case No. 2:22-cv-04355-JFW-JEM (C.D. Cal.)
>>
>> **\*\* EXTERNAL EMAIL \*\***
>>
>> Great Day,
>>
>> I've directly shared all of the information per request in subpoena which I have access to. I am currently in transit and can be available again Friday Oct, 14. I have openings 2-4.
>>
>> Thank you

Exhibit I  Page 3