# Exhibit J

Email from K. Culp to R. Hickman re withdrawal of counsel

| | |
|---|---|
| **From:** | Kimberly Culp |
| **To:** | Ryan Hickman |
| **Cc:** | Anthony Fares |
| **Subject:** | FW: Yuga Labs v Ripps et al: Hickman Subpoena |
| **Date:** | Friday, November 11, 2022 12:55:51 PM |

Mr. Hickman – We received the below email from your prior counsel.  We had previously granted you, through your counsel, an extension of time until today, November 11, 2022, to fully comply with Yuga Labs' subpoena served on you on September 9, 2022.

As you will recall, you previously responded to that subpoena on September 29, 2022, which was past the date set for compliance in the subpoena.  As a result, you had waived all objections to the subpoena (although, you made no objections in your response, thereby further waiving all objections).  Nevertheless, your responses were inadequate, so we sought to meet and confer with you several times thereafter.  Once we had scheduled a time to speak with you, you notified us that you had retained counsel.

When Mr. Jacobs contacted us to let us know you had retained him, we let him know that you had previously responded to the subpoena but that your prior response was not compliant with the subpoena and that it was our position that you had waived all objections to the subpoena given your prior actions.  But, we again agreed to an extension of time to allow you to comply with the subpoena.  If you do not fully comply with the subpoena by the end of today, we intend to seek relief from the Court here in the Northern District of California.

Regards,
Kimberly

Kimberly Culp
Fenwick | Counsel | +1 650-335-7138 | kculp@fenwick.com | Admitted to practice in California.

**From:** Ethan Jacobs <ethan@ejacobslaw.com>
**Sent:** Friday, November 11, 2022 12:14 PM
**To:** Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Subject:** Yuga Labs v Ripps et al: Hickman Subpoena

**\*\* EXTERNAL EMAIL \*\***

Kimberly, Anthony,

As I explained yesterday, I no longer represent Ryan Hickman. I do not know whether has retained other counsel.

Thank you,
Ethan

**Ethan Jacobs**

415.275.0845

100 Pine St., Suite 1250

San Francisco, CA 94111

ejacobslaw.com