# Exhibit L

Email from R. Pelayo to R. Hickman with Culp Letter attached_Redacted

**REDACTED UNDER LR IC 6-1 AND FED. R. CIV. P. 5.2**

| | |
|---|---|
| **From:** | Raymond Pelayo |
| **To:** | kingsrborn@gmail.com |
| **Cc:** | Kimberly Culp; Anthony Fares |
| **Subject:** | Yuga Labs v. Ripps et al - Hickman Subpoena |
| **Date:** | Friday, November 18, 2022 9:33:51 AM |
| **Attachments:** | 2022.11.18 Culp Letter to Hickman.pdf |

Dear Mr. Hickman:

Attached please find a letter from Kimberly Culp in the above referenced matter.

Regards,

Raymond Pelayo

Fenwick | Legal Secretary | +1 415-875-2383 | rpelayo@fenwick.com



Exhibit L   Page 1



801 California Street  650.988.8500
Mountain View, CA 94041  Fenwick.com

Kimberly Culp
kculp@fenwick.com  |  650.335.7138

November 18, 2022

VIA OVERNIGHT DELIVERY AND EMAIL

Ryan Hickman
PII Redaction

kingsrborn@gmail.com

Re:   *Yuga Labs, Inc. v. Ripps et al.*

Dear Mr. Hickman:

As you are aware, you have been subpoenaed to provide in-person deposition testimony and documents on Monday, November 28, 2022 at 8:30 a.m. in Las Vegas, Nevada. As the subpoena indicates, the place to appear with your documents and to provide your testimony is at the law offices of Fennemore, located at 9275 W Russell Road, Suite 240, Las Vegas, NV 89148. You should plan to be there all day for your deposition. If you need to reschedule this date, you must notify me immediately, and no later than Wednesday, November 23 at 12 p.m. PT, and I will do my best to accommodate your schedule.

I am also writing to inform you that your failure to timely appear for this deposition, cooperate during the deposition, or provide the requested documents could result in serious legal consequences. Rule 45 of the Federal Rules of Civil Procedure (*see* page 3 of the Subpoena) authorizes courts to "hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it." Yuga Labs reserves the right to seek contempt sanctions for your failure to appear or other non-compliance with the subpoena, including (but not limited to) punitive fines, the travel costs for me and my colleague who will be joining me at the deposition, and our attorneys' fees.

**Please immediately confirm that you will appear for and provide deposition testimony and the requested documents at the date, time, and location specified in the subpoena.** If you have retained legal counsel, please send them this letter and the subpoena that was served on you on November 14, 2022, and ask them to contact us to discuss your deposition and document production.

/ /

Exhibit L  Page 2

Page 2

Nothing in this communication should be construed as a waiver of any of Yuga Labs' rights, which Yuga Labs fully reserves.  Additionally, nothing in this communication should be construed as legal advice.

Sincerely,

FENWICK & WEST LLP

*/s/ Kimberly Culp*

Kimberly Culp

Exhibit L  Page 3