# Exhibit M

Email from R. Hickman re available in December

| | |
|---|---|
| **From:** | Ryan Hickman |
| **To:** | Raymond Pelayo |
| **Cc:** | Kimberly Culp; Anthony Fares |
| **Subject:** | Re: Yuga Labs v. Ripps et al - Hickman Subpoena |
| **Date:** | Wednesday, November 23, 2022 8:58:33 AM |

**\*\* EXTERNAL EMAIL \*\***

Good day.

I will be traveling over holiday. I am available 6 & 7 of December.

Thanks.