# Exhibit O

K. Culp Email to R. Hickman

| | |
|---|---|
| **From:** | Kimberly Culp |
| **To:** | Anthony Fares; Ryan Hickman |
| **Subject:** | RE: Yuga Labs v. Ripps et al - Hickman Subpoena |
| **Date:** | Monday, December 5, 2022 5:54:51 AM |

Mr. Hickman,

As you are aware, you are required to provide in-person deposition testimony and documents this Wednesday, December 7, 2022 at 8:30 a.m. at the law offices of Fennemore, located at 9275 W Russell Road, Suite 240, Las Vegas, NV 89148.  If you fail to timely appear, cooperate, or provide every responsive document in your possession, Yuga Labs reserves the right to seek sanctions, which may include seeking reimbursement for our travel costs and attorneys' fees.

Please confirm that you will be attending this deposition and providing all responsive documents.  You may find it easier to email the documents to us before Wednesday.  Alternatively, we can provide a dataroom for you to upload documents to if email proves problematic (e.g. because of volume).

Nothing in this communication should be construed as legal advice.  If you have retained legal counsel, please send them this communication.

Regards,
Kimberly

Kimberly Culp

Fenwick | Counsel | +1 650-335-7138 | kculp@fenwick.com | Admitted to practice in California.

---

**From:** Anthony Fares <AFares@fenwick.com>
**Sent:** Wednesday, November 23, 2022 12:43 PM
**To:** Ryan Hickman <kingsrborn@gmail.com>; Raymond Pelayo <rpelayo@fenwick.com>
**Cc:** Kimberly Culp <KCulp@fenwick.com>
**Subject:** RE: Yuga Labs v. Ripps et al - Hickman Subpoena

Mr. Hickman, thank you for your email.  Attached, please find an amended subpoena, noting the deposition date of December 7 at 8:30 a.m. at the law offices of Fennemore (the same location).  Your documents will be due that day as well, although if you want to email them to us ahead of time so that you do not need to print everything please do so, or we can send you a link for uploading your files.

Please let us know if you would like us to personally serve this on you and, if so, a date, time, and location for us to arrange personal service.

Tony

Tony Fares

Fenwick | Associate | +1 415-875-2261 | afares@fenwick.com | Admitted to practice in California.

---

**From:** Ryan Hickman <kingsrborn@gmail.com>
**Sent:** Wednesday, November 23, 2022 8:58 AM
**To:** Raymond Pelayo <rpelayo@fenwick.com>
**Cc:** Kimberly Culp <KCulp@fenwick.com>; Anthony Fares <AFares@fenwick.com>
**Subject:** Re: Yuga Labs v. Ripps et al - Hickman Subpoena

**\*\* EXTERNAL EMAIL \*\***

Good day.

I will be traveling over holiday. I am available 6 & 7 of December.

Thanks.