# Exhibit P

Public Version

**FILED CONDITIONALLY UNDER SEAL**