**AFFT**
Fennemore Craig, P.C.
John D. Tennert III, Esq.
7800 Rancharrah Pkwy.
Reno , NV 89511
State Bar No.:  11728
Attorney(s) for: Plaintiff(s)

## UNITED STATES DISTRICT COURT
## DISTRICT OF  NEVADA

**Yuga Labs, Inc.,**
vs
**Ryder Ripps and Jeremy Cahen**

*Plaintiff(s)*

*Defendant(s)*

Case No.:
**2:23-CV-00010-APG-NJK**
Dept. No.:
Date:
Time:

**AFFIDAVIT OF SERVICE**

I, **Bradford Nielsen**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made.  The affiant received **1** copy(ies) of the: **Declaration of Kimberly Culp in Support of Plaintiff Yuga Labs, Inc.'s Motion to Compel Non-Party Ryan Hickman's Compliance With Subpoena; Yuga Labs, Inc.'s Certificate of Interested Parties Pursuant to Local Rule 7.1-1; Yuga Labs, Inc's Motion to Redact Portions of Its Motion to Compel Non-Party Ryan Hickman's Compliance with Subpoena and Declaration of Kimberly Culp in Support Thereof and to Seal Exhibit P Thereto; Yuga Labs, Inc's Notice of Motion and Motion to Compel Non-Party Ryan Hickman's Compliance with Subpoena; Declaration of Kimberly Culp in Support of Plaintiff Yuga Labs, Inc,'s Motion to Compel Non-Party Ryan Hickman's Compliance with Subpoena ; Yuga Labs, Inc.'s Notice of Motion and Motion to Compel Non-Party Ryan Hickman's Compliance with Subpoena** on the **11th** day of **January**, **2023** and served the same on the **13th** day of **January**, **2023** at **3:10pm** by serving to **Respondent**, **Ryan Hickman** by personally delivering and leaving a copy with **London Hickman (female, 20 yrs., 5'07", 130 lbs., black hair), daughter**, a person of suitable age and discretion residing at the **Respondent**'s usual place of abode located at **260 Sidewheeler St., Henderson, NV 89012**.

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct. Executed on this 16th day of January, 2023.

_____
**Bradford Nielsen # R-2022-16918**
**Legal Process Service     License # 604**
WorkOrderNo **2300165**

Legal Process Service 105 Mary Street, Reno, NV 89509     (775) 323-7070