JOHN D. TENNERT III (NSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV  89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (CSB No. 241327) (*pro hac vice forthcoming*)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839) (*pro hac vice forthcoming*)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065) (*pro hac vice forthcoming*)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062) (*pro hac vice forthcoming*)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>         Plaintiff and<br>         Counterclaim Defendant,<br><br>     v.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>         Defendants and<br>         Counterclaim Plaintiffs. | Case No.: 2:23-cv-00010-APG-NJK<br><br>**[USDC, Central District of California Civil Case No. 2:22-cv-4355-JFW-JEM]**<br><br>**YUGA LABS, INC.'S NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL NON-PARTY RYAN HICKMAN'S COMPLIANCE WITH SUBPOENA AND MOTION TO REDACT AND SEAL PORTIONS OF MOTION TO COMPEL AND DECLARATION OF KIMBERLY CULP IN SUPPORT THEREOF** |

## I. INTRODUCTION

Pending before this Court is Plaintiff Yuga Labs, Inc.'s Motion to Compel Non-Party Ryan Hickman's Compliance with Subpoena (ECF Nos. 10-13) and Motion to Redact Portions of its Motion to Compel and Declaration of Kimberly Culp in Support Thereof and to Seal Exhibit P Thereto (ECF No. 9) ("Motions").  Mr. Hickman has failed to file a response in opposition to the Motions, and the time to do so has passed.  Accordingly, pursuant to Civil Local Rule 7-2(d), and for good cause shown, Yuga Labs hereby requests that the Court grant its Motions.

## II. ARGUMENT

The Federal and Local Rules provide parties 14 days to respond to motions that are personally served and 17 days to respond to motions served by mail.  L.R. 7-2(b) ("[T]he deadline to file and serve any points and authorities in response to [a] motion is 14 days after service of the motion."); Fed. R. Civ. P. 6(d) ("When a party must act within a specified time after being served and service is made under Federal Rule of Civil Procedure 5(b)(2)(C) (mail), . . . 3 days are added after the period would otherwise expire.").  "The failure of an opposing party to file points and authorities in response to [a] motion . . . constitutes a consent to the granting of the motion."  L.R. 7-2(d).

Mr. Hickman was properly served with Yuga Labs' Motions by mail through the United States Postal Service to his home address on Friday, January 6, 2023.  *See* Fed. R. Civ. P. 5(b)(2)(C); ECF Nos. 9-13.  Pursuant to Local Rule 7-2(b) and Federal Rule of Civil Procedure 6(d), Mr. Hickman's response was due on or before Monday, January 23, 2023 (17 days after service of the Motions by U.S. mail).  The January 23 deadline came and went, and Mr. Hickman failed to respond to Yuga Labs' Motions, despite receiving ample notice of the Motions.[1]  Indeed, even if Yuga Labs' service by mail on January 6, 2023, were somehow improper (it is not), Yuga Labs also personally served Mr. Hickman on Friday, January 13, 2023.  ECF No. 14.  Calculating from this date, Mr. Hickman's response would have been due on Friday, January 27, 2023 (14

---

[1] Mr. Hickman was also served the Motions via email on January 6, 2023 (ECF Nos. 9-13).

1  days after personal service), yet he *still* failed to respond to the Motions.  L.R. 7-2(b).  As of the

2  filing date of this Notice of Non-Opposition, one week after his response was due, Mr. Hickman

3  has yet to file a single response to the Motions.

4      Mr. Hickman's failure to timely respond constitutes consent to the granting of the

5  Motions.  L.R. 7-2(d).  Courts in this district routinely grant motions to compel and motions to

6  seal when the opposing party does not file a response.  *See Sprint Nextel Corp. v. Ace Wholesale,*

7  *Inc.*, No. 2:14-cv-2119-RFB-VCF, 2015 WL 3649623, at *3 (D. Nev. June 10, 2015) (granting

8  motion to compel subpoenaed third parties to produce documents where opposing party did not

9  file a response because "the failure of an opposing party to file points and authorities in response

10 to any motion shall constitute a consent to the granting of the motion."); *DelVecchia v. Frontier*

11 *Airlines, Inc.*, 2022 WL 3146322, at *1 (D. Nev. Aug. 5, 2022) (granting unopposed motion to

12 seal documents in support of motion to compel).  Given Mr. Hickman's *de facto* consent to the

13 Motions, and Yuga Labs' arguments and authority in support of its Motions, this Court should

14 grant the Motions.

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

FENWICK & WEST LLP
ATTORNEYS AT LAW

## III.  CONCLUSION

Based on the foregoing, and for good cause shown, Yuga Labs respectfully requests that this Court grant its Motion to Compel Non-Party Ryan Hickman's Compliance and Motion to Redact Portions of its Motion to Compel and Declaration of Kimberly Culp in Support Thereof and to Seal Exhibit P Thereto in accordance with the concurrently filed Proposed Order.

Dated:  January 30, 2023                    FENNEMORE CRAIG P.C.

By: */s/ John D. Tennert III*
    JOHN D. TENNERT III (NSB 11728)

and

FENWICK & WEST LLP

ERIC BALL (CSB 241327)
KIMBERLY CULP (CSB 238839)
ANTHONY M. FARES (CSB 318065)
ETHAN M. THOMAS (CSB 338062)
(*Pro hac vice forthcoming*)

*Attorneys for Plaintiff Yuga Labs, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I served a true and correct copy of the following documents were served via email and U.S. mail:

- YUGA LABS, INC.'S NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL NON-PARTY RYAN HICKMAN'S COMPLIANCE WITH SUBPOENA AND MOTION TO REDACT AND SEAL PORTIONS OF MOTION TO COMPEL AND DECLARATION OF KIMBERLY CULP IN SUPPORT THEREOF

addressed as follows:

**Derek A. Gosma**
**Henry Michael Nikogosyan**
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, CA 90071
213-443-5308
Fax: 213-443-5400
Email: derek.gosma@wilmerhale.com
Henry.Nikogosyan@wilmerhale.com
*Attorneys for Defendants*

**Louis W. Tompros**
**Monica Grewal**
**Scott W. Bertulli**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6886
Fax: 617-526-5000
Email: louis.tompros@wilmerhale.com
monica.grewal@wilmerhale.com
scott.bertulli@wilmerhale.com
*Attorneys for Defendants*

Served via email, U.S. mail and will be served by personal service to:

**Ryan Hickman**
Henderson, NV 89012
Email: kingsrborn@gmail.com

　　　　　　　　　　　　　　　　　　  */s/ Debbie Sorensen*
　　　　　　　　　　　　　　　　　　An Employee of Fennemore Craig, P.C.

PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND MOTION TO REDACT & SEAL
28703510

5

CASE NO.: 2:23-CV-00010-APG-NJK

**INDEX OF EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 1 | (Proposed) Order |