# EXHIBIT 1

## Proposed Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

YUGA LABS, INC.,

                 Plaintiff and
                 Counterclaim Defendant,

v.

RYDER RIPPS and JEREMY CAHEN,

                 Defendants and
                 Counterclaim Plaintiffs.

Case No.:  2:23-cv-00010-APG-NJK

**[USDC, Central District of California
Civil Case No. 2:22-cv-4355-JFW-JEM]**

**(PROPOSED) ORDER GRANTING
YUGA LABS, INC.'S MOTION TO
COMPEL NON-PARTY RYAN
HICKMAN'S COMPLIANCE WITH
SUBPOENA AND MOTION TO REDACT
AND SEAL PORTIONS OF MOTION TO
COMPEL AND DECLARATION OF
KIMBERLY CULP IN SUPPORT
THEREOF**

### [PROPOSED] ORDER

Before this Court is Yuga Labs, Inc.'s Motion to Compel Non-Party Ryan Hickman's

Compliance with Subpoena, Motion to Redact and Seal Portions of its Motion to Compel and

Declaration of Kimberly Culp in Support Thereof, and Notice of Non-Opposition to Motion to

Compel Non-Party Ryan Hickman's Compliance with Subpoena ("Motions").  Mr. Hickman

failed to file oppositions to Yuga Labs' Motions in the time period required by Civil Local Rule

7-2(b) and Federal Rule of Civil Procedure 6(d).  Mr. Hickman's failure to respond constitutes a

consent to the granting of Yuga Labs' Motions.  *See* L.R. 7-2(d).  Yuga Labs' Motions are also

supported by law and fact.

(PROPOSED) ORDER GRANTING MOTION TO
COMPEL COMPLIANCE WITH SUBPOENA AND
MOTION TO REDACT & SEAL PORTIONS OF
MOTION TO COMPEL

28703547

1

CASE NO.:  2:23-CV-00010-APG-NJK

Accordingly, for good cause showing, the Court GRANTS Yuga Labs' Motions as follows:

1. Within ten (10) days of entry of this Order, Ryan Hickman shall conduct a reasonable search for and produce in their native format to extent such documents exist (or represent under oath and in writing that none exist):

    a. Discord communications from January 2022 to present related to RR/BAYC NFTs (which includes Ape Market), BAYC NFTs, and/or Yuga Labs, including but not limited to the private channel with Thomas Lehman ("Lehman") and the private channel with Defendant Cahen ("Cahen");

    b. Email communications from January 2022 to present related to RR/BAYC NFTs (which includes Ape Market), BAYC NFTs, and/or Yuga Labs, including but not limited to emails from Defendant Ripps ("Ripps"), Lehman, and OpenSea;

    c. Non-public Twitter communications from January 2022 to present related to RR/BAYC NFTs (which includes Ape Market), BAYC NFTs, and/or Yuga Labs, including but not limited to private Twitter direct messages with Cahen, Ripps, Lehman, and third parties;

    d. Text or SMS communications from January 2022 to present related to RR/BAYC NFTs (which includes Ape Market), BAYC NFTs, and/or Yuga Labs, including but not limited to text messages with Lehman, text messages with Ripps from August 2022, and text messages with Cahen concerning this Litigation;

    e. Documents concerning RR/BAYC NFTs (which includes Ape Market), BAYC NFTs, and/or Yuga Labs, including but not limited to those stored on Google Drive and any promotional and/or design materials for Ape Market.

FENWICK & WEST LLP
ATTORNEYS AT LAW

(PROPOSED) ORDER GRANTING MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND MOTION TO REDACT & SEAL PORTIONS OF MOTION TO COMPEL
28703547

2

CASE NO.: 2:23-CV-00010-APG-NJK

2. Within fifteen (15) days of entry of this Order, Ryan Hickman shall meet and confer with counsel for Yuga Labs on the date for a second deposition to occur no later than March 10, 2023 and to last no longer than two (2) hours on the record;

3. Ryan Hickman shall be sanctioned for failing without adequate excuse to obey the November Subpoena and ordered to pay Yuga Labs' reasonable attorneys' fees and costs in connection with the Motion to Compel.  Yuga Labs shall submit its fee request within ten (10) days of entry of this Order.

4. Portions of Yuga Labs' Motion to Compel and Declaration of Kimberly Culp that quote and/or reference information that has been designated as "CONFIDENTIAL" under the Protective Order entered on October 11, 2022 (ECF No. 51) shall be redacted and Exhibit P shall be sealed.  This information shall remain sealed until further order of this Court.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Andrew P. Gordon
United States District Court Judge
District of Nevada

(PROPOSED) ORDER GRANTING MOTION TO
COMPEL COMPLIANCE WITH SUBPOENA AND
MOTION TO REDACT & SEAL PORTIONS OF
MOTION TO COMPEL
28703547

3

CASE NO.:  2:23-CV-00010-APG-NJK

FENWICK & WEST LLP
ATTORNEYS AT LAW