DocuSign Envelope ID: DB379290-988F-4ED3-AD74-1489548965GC

1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8 Case # ___2:23-cv-00010-APG-NJK___

YUGA LABS, INC.,                    )
9                                   )
                                    )
10            Plaintiff(s),          )      **VERIFIED PETITION FOR**
                                    )      **PERMISSION TO PRACTICE**
11        vs.                        )      **IN THIS CASE ONLY BY**
                                    )      **ATTORNEY NOT ADMITTED**
                                    )      **TO THE BAR OF THIS COURT**
12 RYDER RIPPS and JEREMY CAHEN,     )      **AND DESIGNATION OF**
                                    )      **LOCAL COUNSEL**
13                                   )
          Defendant(s).             )
14 _____  )      FILING FEE IS $250.00

15

16 _____Kimberly Culp_____, Petitioner, respectfully represents to the Court:
            (name of petitioner)

17

18        1.     That Petitioner is an attorney at law and a member of the law firm of

19 _____Fenwick & West LLP_____
                                    (firm name)

20 with offices at _____801 California Street_____,
                                    (street address)

21 _____Mountain View_____, _____California_____, ___94041___,
            (city)                     (state)            (zip code)

22

23 _____650-988-8500_____, _____kculp@fenwick.com_____.
      (area code + telephone number)        (Email address)

24

25        2.     That Petitioner has been retained personally or as a member of the law firm by

26 _____Yuga Labs, Inc_____ to provide legal representation in connection with
                    [client(s)]

27 the above-entitled case now pending before this Court.

28

Rev. 5/16

0E3BD674-91E4-4CDB-9C14-6FD84C66182C — 2023/01/25 09:01:56 -8:00 — Remote Notary

3. That since _____December 5, 2005_____, Petitioner has been and presently is a
   (date)

member in good standing of the bar of the highest Court of the State of _____California_____
                                                                              (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Northern District of California | January 13, 2006 | CA Bar No. 238839 |
| USDC, Central District of California | June 11, 2013 | N/A |
| USDC, Southern District of California | March, 2009 | N/A |
| USDC, District of Colorado | July 17, 2021 | N/A |
| US Court of Appeals, Ninth Circuit | February 2, 2007 | N/A |
| US Court of Appeals, Federal Circuit | July 11, 2017 | N/A |
| US Court of Appeals, District of Columbia Circuit | February 15, 2017 | 60197 |

5. That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2                                          Rev. 5/16

DocVerify ID: 0E3BD674-91E4-4CDB-9C14-6FD84C66182C

www.docverify.com

Page 2 of 6    26FD84C66182C

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.     That Petitioner is a member of good standing in the following Bar Associations.

> California

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

DocuSign Envelope ID: 0E3BD674-91E4-4CDB-9C14-6FD84C66182C

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

Kimberly Cloyd
Signed on 2023/01/25 09:36:32 -8:00

Petitioner's signature

4    STATE OF ___NEVADA___     )
                                )
5    COUNTY OF ___WASHOE___     )

6

7    ___KIMBERLY IRENE CULP___, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

Kimberly Cloyd
Signed on 2023/01/25 09:36:32 -8:00

Petitioner's signature

10   Subscribed and sworn to before me this

11   __01/25/2023__ day of ___JANUARY___, ___2023___.

Braselton
Signed on 2023/01/25 09:36:32 -8:00

Notary Public or Clerk of Court

**S. BRASELTON**
NOTARY PUBLIC
STATE OF NEVADA
**Commission # 10-3467-2**
My Appt. Expires October 11, 2026

Notarial act performed by audio-visual communication

16    **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
      **THE BAR OF THIS COURT AND CONSENT THERETO.**

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19    believes it to be in the best interests of the client(s) to designate ___John D. Tennert III___,
                                                                        (name of local counsel)

20    Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21    above-entitled Court as associate resident counsel in this action. The address and email address of

22    said designated Nevada counsel is:

23    ___9275 W. Russell Road, Suite 240___,
                      (street address)

24    ___Las Vegas___,     ___Nevada___,     ___89148___,
           (city)              (state)          (zip code)

26    ___775-788-2212___,     ___jtennert@fennemorelaw.com___.
      (area code + telephone number)       (Email address)

28                                    4                              Rev. 5/16

0E3BD674-91E4-4CDB-9C14-6FD84C66182C — 2023/01/25 09:01:56 -8:00 — Remote Notary

DocuSign Envelope ID: DB379290-988F-4FD3-AD74-489546965GC

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

agreement and authorization for the designated resident admitted counsel to sign stipulations

binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ John D. Tennert _____ as

(name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

DocuSigned by:

*Anne M. Termine*

A1842E9E3D98418

(party's signature)

Anne M. Termine     Deputy General Counsel, Tuga Labs

(type or print party name, title)

_____

(party's signature)

_____

(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____

Designated Resident Nevada Counsel's signature

_____

Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

0E3BD674-91E4-4CDB-9C14-6FD84C66182C — 2023/01/25 09:01:56 -8:00 — Remote Notary

**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

December 21, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KIMBERLY IRENE CULP, #238839 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2005; that at her request, on July 8, 2009, her name was changed to KIMBERLY IRENE CULP CLOYD on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

0E3BD674-91E4-4CDB-9C14-6FD84C66182C --- 2023/01/25 09:01:56 -8:00 --- Remote Notary