1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

YUGA LABS, INC

             Plaintiff(s),

    vs.

RYDER RIPPS and JEREMY CAHEN

             Defendant(s).

Case # __2:23-cv-00010-APG-NJK__

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Eric Ball_____, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1.     That Petitioner is an attorney at law and a member of the law firm of

_____Fenwick & West LLP_____
    (firm name)

with offices at _____801 California Street_____,
    (street address)

_____Mountain View_____, _____California_____, _____94041_____,
    (city)    (state)    (zip code)

_____650-988-8500_____, _____eball@fenwick.com_____.
    (area code + telephone number)    (Email address)

2.     That Petitioner has been retained personally or as a member of the law firm by

_____Yuga Labs, Inc._____ to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

A186EE45-5101-4AFC-A1CE-1E32CB48F7B5 --- 2023/01/25 09:01:24 -8:00 --- Remote Notary

DocVerify ID: A186EE45-5101-4AFC-A1CE-1E32CB48F7B5
www.docverify.com
Page 1 of 7    11E32CB48F7B5

DocuSign Envelope ID: DD379290-908F-4FD3-AD74-1489E46965CC

A186EE45-5101-4AFC-A1CE-1E32CB48F7B5 --- 2023/01/25 09:01:24 -8:00 --- Remote Notary

3.      That since _____12/1/2005_____, Petitioner has been and presently is a
                                (date)

member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                                                    (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US Court of Appeals, Ninth Circuit | September 9, 2016 | CA Bar #241327 |
| USDC, Southern District of California | July 28, 2008 | |
| USDC, Eastern District of California | September 2, 2008 | |
| USDC, Northern District of California | July 5, 2006 | |
| USDC, Central District of California | June 22, 2006 | |
| USDC, District of Colorado | September 24, 2013 | |
| See Attachment | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

> None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

California

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

A186EE45-5101-4AFC-A1CE-1E32CB48F7B5 --- 2023/01/25 09:01:24 -8:00 --- Remote Notary

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

*Eric Ball*
Signed on 2023/01/25 17:31:21 -8:00

Petitioner's signature

4  STATE OF __NEVADA__            )

5                                )

6  COUNTY OF __WASHOE__          )

7  __ERIC BALL__, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9

*Eric Ball*
Signed on 2023/01/25 17:31:21 -8:00

Petitioner's signature

10  Subscribed and sworn to before me this

11  01/25/2023 __day of__JANUARY__, __2023__.

12

13  *HBraselton*
Signed on 2023/01/25 17:31:21 -8:00
__Notary Public or Clerk of Court

**S. BRASELTON**
NOTARY PUBLIC
STATE OF NEVADA
**Commission # 10-3467-2**
My Appt. Expires October 11, 2026
Notary Stamp 2023/01/25 18:31:21 PST         481E42A25467

14

15  Notarial act performed by audio-visual communication

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
    **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate __John D. Tennert III__,
    (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

22  said designated Nevada counsel is:

23  __9275 W. Russell Road, Suite 240__,
    (street address)

24

25  __Las Vegas__, __Nevada__, __89148__,
    (city)                    (state)              (zip code)

26  __775-788-2212__, __jtennert@fennemorelaw.com__.
    (area code + telephone number)    (Email address)

27

28                          4                          Rev. 5/16

A186EE45-5101-4AFC-A1CE-1E32CB48F7B5 --- 2023/01/25 09:01:24 -8:00 --- Remote Notary

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5   **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7   The undersigned party(ies) appoint(s) _____John D. Tennert_____ as
                                                        (name of local counsel)

8   his/her/their Designated Resident Nevada Counsel in this case.

9

DocuSigned by:

*Anne M. Termine*

10  ———A1842E9E3D98418...————————————————————————————————————
    (party's signature)

11  Anne M. Termine              Deputy General Counsel, Yuga Labs

12  ————————————————————————————————————————————————
    (type or print party name, title)

13  ————————————————————————————————————————————————
    (party's signature)

14

15

16  ————————————————————————————————————————————————
    (type or print party name, title)

17  **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19  

20  ————————————————————————————————————————————————
    Designated Resident Nevada Counsel's signature

21  11728                        jtennert@fennemorelaw.com
    Bar number                   Email address

22

23  APPROVED:

24  Dated: this _____ day of _____, 20___.

25

26  ————————————————————————————————————
    UNITED STATES DISTRICT JUDGE

27

28                              5                          Rev. 5/16

A186EE45-5101-4AFC-A1CE-1E32CB48F7B5 --- 2023/01/25 09:01:24 -8:00 --- Remote Notary

**Attachment to Verified Petition for Permission to**
**Practice in This Case Only by Attorney Not Admitted**
**to the Bar of This Court and Designation of Local Counsel**

**4.      Admitted Courts**

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Eastern District of Texas | December 3, 2007 | N/A |
| USDC, Western District of New Mexico | March 1, 2013 | N/A |

DocVerify ID: A186EE45-5101-4AFC-A1CE-1E32CB48F7B5
www.docverify.com          Page 6 of 7      61E32CB48F7B5

DocuSign Envelope ID: DD379290-908F-4FD3-AD74-1489E46965GC



# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

December 21, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ERIC J. BALL, #241327 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2005 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records

A186EE45-5101-4AFC-A1CE-1E32CB48F7B5 --- 2023/01/25 09:01:24 -8:00 --- Remote Notary

