# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YUGA LABS, INC

    Plaintiff(s),

vs.

RYDER RIPPS and JEREMY CAHEN

    Defendant(s).

Case # 2:23-cv-00010-APG-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Ethan M. Thomas_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Fenwick & West LLP_____
(firm name)

with offices at _____555 California Street, 12th Floor_____,
(street address)

_____San Francisco_____, _____California_____, _____94104_____,
(city)              (state)              (zip code)

_____415-875-2300_____, _____ethomas@fenwick.com_____.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Yuga Labs, Inc_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____February 26, 2018_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____New York_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Exhibit A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Bar Association of San Francisco

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1   That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2   FOR THE PURPOSES OF THIS CASE ONLY.
3
4                                                           _____Ethan Michael Thomas_____
    STATE OF __NEVADA__ )                                          Petitioner's signature
5                              )
    COUNTY OF __WASHOE__ )
6
7   ____Ethan M. Thomas____, Petitioner, being first duly sworn, deposes and says:
8   That the foregoing statements are true.
9                                                           _____Ethan Michael Thomas_____
                                                                    Petitioner's signature
10  Subscribed and sworn to before me this
11  01/23/2023
    _____day of____January_____, __2023_____.
12
13  ___*Braselton*___ Public or Clerk of Court    S. BRASELTON
14                                                NOTARY PUBLIC
                                                  STATE OF NEVADA
                                                  Commission # 10-3467-2
                                                  My Appt. Expires October 11, 2026
15          Notarial act performed by audio-visual communication

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
17              **THE BAR OF THIS COURT AND CONSENT THERETO.**

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
19  believes it to be in the best interests of the client(s) to designate ____John D. Tennert III____,
                                                                              (name of local counsel)
20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the
21  above-entitled Court as associate resident counsel in this action. The address and email address of
22  said designated Nevada counsel is:
23  _____9275 W. Russel Road, Suite 240_____,
                                    (street address)
24
25  _____Las Vegas_____, _____Nevada_____, ___89148___,
            (city)                    (state)          (zip code)
26  _____775-788-2212_____, ___jtennert@fennemorelaw.com___.
       (area code + telephone number)       (Email address)
27
28                                        4                                   Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____John D. Tennert_____ as his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

_____
*Anne M. Termine*
A1842E9E3D98418...
(party's signature)

Anne M. Termine          Deputy General Counsel, Yuga Labs
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11728                    jtennert@fennemorelaw.com
Bar number               Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



*Appellate Division of the Supreme Court of the State of New York First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Ethan Michael Thomas

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 26, 2018**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on January 20, 2023.

*Susanna M. Rojas*
Clerk of the Court

CertID-00101222



# Supreme Court of the State of New York
# Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

      An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

      An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

      New York State does not register attorneys as active or inactive.

      An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

      Bar examination history is available from the New York State Board of Law Examiners.

      Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020

DocuSign Envelope ID: DD379290-9085-4ED3-AD74-1480F46965CC



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 25, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ETHAN MICHAEL THOMAS, #338062 was admitted to the practice of law in this state by the Supreme Court of California on July 16, 2021 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records