JOHN D. TENNERT III (NVSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV 89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RYDER RIPPS and JEREMY CAHEN, <br><br> Defendants. | Case No.:2:23-cv-00010-APG-NJK <br><br> **[USDC, Central District of California Civil Case No. 2:22-cv-4355-JFW-JEM]** <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE                                                  Case No.: _____

28772700.1/058484.0002

# CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, I served a true and correct copy of the following documents via email and U.S. mail:

- ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL (Docket No. 29)
- ORDER DENYING PLAINTIFF'S MOTION TO SEAL (Docket No. 30)

addressed as follows:

**Derek A. Gosma**
**Henry Michael Nikogosyan**
Wilmer Cutler Pickering Hale and Dorr LLP
350 South Grand Avenue Suite 2400
Los Angeles, CA 90071
213-443-5308
Fax: 213-443-5400
Email: derek.gosma@wilmerhale.com
Henry.Nikogosyan@wilmerhale.com
*Attorneys for Defendants*

**Louis W. Tompros**
**Monica Grewal**
**Scott W. Bertulli**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
617-526-6886
Fax: 617-526-5000
Email: louis.tompros@wilmerhale.com
monica.grewal@wilmerhale.com
scott.bertulli@wilmerhale.com
*Attorneys for Defendants*

**Ryan Hickman**
Henderson, NV 89012
Email: kingsrborn@gmail.com

          */s/ Susan Whitehouse*
An Employee of Fennemore Craig, P.C.

CERTIFICATE OF SERVICE          2          Case No.: _____

28772700.1/058484.0002