# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS INC., <br>     Plaintiff(s), <br> v. <br> RYDER RIPPS, et al., <br>     Defendant(s). | Case No. 2:23-cv-00010-APG-NJK <br><br> **Order** |

This is a miscellaneous action in which only a non-party discovery dispute is at issue. On February 14, 2023, the Court resolved that discovery dispute by granting Plaintiff's motion to compel. Docket No. 29. The Court therein ordered non-party Hickman to search for and produce responsive documents by March 14, 2023. *Id.* at 3. The Court further ordered non-party Hickman to sit for a further deposition by March 28, 2023. *Id.* No further relief has been sought in this case and it appears this case may be ripe for closing. Accordingly, this case will be administratively closed unless further action is requested before April 10, 2023.

IT IS SO ORDERED.

Dated: April 3, 2023

                                                      Nancy J. Koppe <br>
                                                    United States Magistrate Judge