JOHN D. TENNERT III (VSB No. 11728)
jtennert@fennemorelaw.com
FENNEMORE CRAIG P.C.
9275 W. Russell Road, Suite 240
Las Vegas, NV  89148
Telephone: 702.692.8000
Facsimile: 702.692.8099

ERIC BALL (CSB No. 241327)
(*pro hac vice*)
eball@fenwick.com
KIMBERLY CULP (CSB No. 238839)
(*pro hac vice*)
kculp@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Fax: 650.938.5200

ANTHONY M. FARES (CSB No. 318065)
(*pro hac vice*)
afares@fenwick.com
ETHAN M. THOMAS (CSB No. 338062)
(*pro hac vice*)
ethomas@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Fax: 415.281.1350

Attorneys for Plaintiff
YUGA LABS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YUGA LABS, INC.,<br><br>　　　　　Plaintiff and<br>　　　　　Counterclaim Defendant,<br><br>　　v.<br><br>RYDER RIPPS and JEREMY CAHEN,<br><br>　　　　　Defendants and<br>　　　　　Counterclaim Plaintiffs. | Case No.: 2:23-cv-00010-APG-NJK<br><br>**[USDC, Central District of California Civil Case No. 2:22-cv-4355-JFW-JEM]**<br><br>**[PROPOSED] ORDER RE PLAINTIFF YUGA LABS, INC.'S MOTION FOR SANCTIONS AND AN ORDER TO SHOW CAUSE RE CONTEMPT OF RYAN HICKMAN** |

Before this Court is Plaintiff Yuga Labs, Inc.'s Motion for Sanctions and an Order to Show re Contempt of Ryan Hickman ("Motion").  Having considered the Motion, as well as supporting documents filed therewith, the Court hereby finds and ORDERS as follows:

1. Yuga Labs' Motion is GRANTED, and the Court finds Ryan Hickman in civil contempt.
2. Within ten (10) days of entry of this Order, Ryan Hickman shall show cause why he should not be found in civil contempt.
3. Within five (5) days of entry of this Order, Ryan Hickman shall produce any remaining documents that are responsive to the November Subpoena, including but not limited to the private Discord channel with Defendant Cahen and private text messages with Defendant Cahen relating to RR/BAYC NFTs (which includes Ape Market), BAYC NFTs, and/or Yuga Labs; or provide a sworn declaration detailing his search and explaining why such production is not possible.
4. Ryan Hickman shall pay Yuga Labs' reasonable attorneys' fees and costs in connection with the Motion. Yuga Labs shall submit documents to support this fee award within fourteen (14) days of entry of this Order

**IT IS SO ORDERED.**

Dated:_____     _____

Nancy J. Koppe
UNITED STATES DISTRICT MAGISTRATE JUDGE